David V. Roth (State Bar No. 194648)
  *dvr@manningllp.com*
Chandra Carr (State Bar No. 315259)
  *czc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant, TARGET
CORPORATION (erroneously sued herein as
Target – Alameda, CA)

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

# UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON JACKSON,<br><br>                    Plaintiff,<br><br>         v.<br><br>TARGET – ALAMEDA, CA<br>2700 FIFTH ST ALAMEDA, CA,<br><br>                    Defendant. | Case No. RG21110499<br><br>**NOTICE OF REMOVAL BY DEFENDANT TARGET CORPORATION**<br><br>Action Filed:          August 24, 2021 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

     **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1332 and 1441 Defendant

TARGET CORPORATION by and through its attorneys, Manning & Kass, Ellrod, Ramirez,

Trester LLP, hereby removes to this Court the above-captioned state court action from the

Superior Court of the State of California in and for the County of Alameda, in which it is currently

pending, and state as set forth below.

## JURISDICTION

     1.          This action is a civil action over which this Court has original jurisdiction based on

diversity of citizenship pursuant to 28 U.S.C. section 1332(a), and which may be removed to this

Court by Target Corporation pursuant to 28 U.S.C. section 1444(b) because it is a civil action

between citizens of different states and because the matter in controversy exceeds the sum of

4812-1628-1855.1

1    $75,000.00, exclusive of interest and costs.  Plaintiff and Defendant, are, and have

2    been, citizens of different states at all times, and therefore, complete diversity exists in this action,

3    as stated below:

4         2.    **Plaintiff's Citizenship**: Plaintiff is a resident of the State of California, and on

5    information and belief as evidenced on the Complaint, resides in the County of Alameda.  For

6    purposes of evaluating diversity, a person is a "citizen" of the state in which he or she is

7    domiciled. See *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088 (9th Cir. 1983); see also *Kantor*

8    *v. Warner-Lambert Co.*, 265 F.3d 853, 857 (9th Cir. 2001) (a person's domicile is the place she

9    resides with the intent to remain.) Accordingly, Plaintiff is a citizen of the State of California.

10        3.    **Defendant's Citizenship**: For purposes of diversity jurisdiction, a corporation

11   "shall be deemed to be a citizen of every State. . .by which it has been incorporated and of the

12   State. . .where it has its principal place of business. . . ." 28 U.S.C. § 1332(c)(1). Defendant is a

13   corporation incorporated under the laws of the State of Minnesota, with its headquarters and its

14   principal place of business in Minneapolis, Minnesota. Target's Executive Officers and senior

15   management, including, but not limited to, the Chief Executive Officer, Chief Operating Officer,

16   Chief Financial Officer, Chief Legal Officer, Chief Marketing Officer, Chief Human Resources

17   Officer, and Chief Stores Officer, were and are located at Target Headquarters in Minnesota.  At

18   all times material hereto, Target's managerial and policymaking functions, including, but not

19   limited to, finance, marketing, merchandising, legal, technology services, store operations, human

20   resources, and property development, were and are performed at and promulgated from Target

21   Headquarters in Minnesota.  Accordingly, Target is a citizen of Minnesota. *See, e.g., Hertz Corp.*

22   *v. Friend*, 559 U.S. 77, 92-93 (2010) ("We conclude that 'principal place of business' is best read

23   as referring to the place where a corporation's officers direct, control, and coordinate the

24   corporation's activities."); *Breitman v. May Co. Cal.*, 37 F.3d 562, 564 (9th Cir. 1994)

25   (corporation was citizen of state in which its corporate headquarters were located and where its

26   executive and administrative functions were performed.)

27        4.    Target is the only named Defendant in this action. Plaintiff has neither identified

28   nor served any other Defendants who might be included as "DOES 1-50, inclusive."

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

5.     Because Plaintiff is a citizen of a state different than Target Corporation, minimal diversity exists for purposes of establishing jurisdiction. See 28 U.S.C. § 1332(a)(1).

## AMOUNT IN CONTROVERSY EXCEEDING $75,000

6.     This Court has jurisdiction over this case because the amount placed in controversy by Plaintiff's alleged claims exceeds $75,000.00, exclusive of interests and costs. See 28 U.S.C. § 1332(a).

7.     Plaintiff's Complaint prays for damages in excess of $75,000.00 thus satisfying the amount-in-controversy requirement to invoke federal diversity jurisdiction.

## BASIS FOR REMOVAL TO FEDERAL COURT

8.     On or about August 24, 2021, Plaintiff BRYON JACKSON ("Plaintiff") filed a Complaint in the Superior Court of the State of California, County of Alameda under case number RG21110499 (the "Action"), naming Target Corporation as a Defendant.  [See Plaintiff's Complaint, attached hereto as **Exhibit 1**.]  Plaintiff's Complaint contains one Cause of Action: Assault and Battery.

9..     On August 24, 2021, Plaintiff left copy of the Summons of this action with an employee of Defendant at Defendant's retail store located at 2700 Fifth Street, Alameda, California 94501. Neither was said employee a proper agent for service, nor was the complaint served. [See Defendant's Motion to Quash, attached as **Exhibit 2.**]

10.     On September 29, 2021, Defendant filed a Motion to Quash Plaintiff's Complaint. [See Defendant's Motion to Quash, attached as **Exhibit 2**.]

11.     On September 30, 2021, Plaintiff performed service of the Complaint via personal service to an employee of Defendant [See Proof of Service, attached hereto as **Exhibit 3.**] Under 28 U.S.C. § 1446(b)(3), Target Corporation has until November 1,2021 to exercise its right to remove. The filing of this Notice of Removal is therefore timely.

12.     This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), which requires a Notice of Removal to be filed within thirty (30) days "after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…."  Moreover, under 28 U.S.C. § 1446(b)(3), "Except as

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1  provided in subsection (c), if the case stated by the initial pleading is not removable, a notice of

2  removal may be filed within thirty days after receipt by the defendant, through service of

3  otherwise, of an amended pleading, motion, order or other paper from which it may first be

4  ascertained that the case is one which is or has become removable."

5  ## NOTICE TO PLAINTIFF AND STATE COURT

6       13.    Pursuant to 28. U.S.C. section 1446(d), with the filing of this Notice of Removal

7  with this Court, written notice of such filing will be promptly given by the undersigned to

8  Plaintiff, and the copy of the Notice of Removal will be promptly filed with the Clerk of the

9  County of Alameda.

10  ## NOTICE TO ADVERSE PARTIES

11       14.    Target Corporation's Notice to Adverse Party of Notice of Removal will be

12  promptly filed in Action No RG21110499  of the Alameda County Superior Court.

13       15.    Pursuant to the provisions of 28 U.S.C. § 1446, Target Corporation attaches

14  herewith and incorporates herein by reference, copies of the following documents served by the

15  parties in this action:

16      a)    Plaintiff's Complaint for Damages And Statement of Damages [**Exhibit 1**].

17      b)    Plaintiff's Proof of Service [**Exhibit 2**].

18      c)    Defendant's Motion to Quash [**Exhibit 3**].

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PRAYER**

WHEREFORE, TARGET CORPORATION prays that the above-entitled action, formerly pending in the Superior Court of California, Alameda be removed therefrom to the United States District Court for the Northern District of California and that this action proceed in that Court as an action properly removed thereto.

**DEMAND FOR JURY**

Target Corporation hereby demands a jury for all claims in this action.

DATED:  October 27, 2021

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: _____

David V. Roth
Attorneys for Defendant, TARGET
CORPORATION (erroneously sued herein as
Target – Alameda, CA)

# EXHIBIT 1



240736078

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

Bryon Jackson
1550 Marina Village Parkway, Alameda, CA 94501

TELEPHONE NO: (201)-776-4282   FAX NO. *(Optional)*:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ALameda
STREET ADDRESS: 1225 Fallon St
MAILING ADDRESS: Oakland, CA 94612
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF: Bryon Jackson

DEFENDANT: Target - Alameda, CA 94501

☐ DOES 1 TO  2700 Fifth St, Alameda, CA

**FOR COURT USE ONLY**

F I L E D
ALAMEDA COUNTY

AUG 24 2021

CLERK OF THE SUPERIOR COURT
By Cristin Bles, Deputy

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ **AMENDED** *(Number)*:
**Type** *(check all that apply):*   Damages for assault & battery.
☐ MOTOR VEHICLE   ☒ OTHER *(specify):*
  ☐ Property Damage   ☐ Wrongful Death
  ☐ Personal Injury   ☐ Other Damages *(specify):*

**Jurisdiction** *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded ☐ does not exceed $10,000
  ☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:

RG21110499

1. **Plaintiff** *(name or names):* Bryon Jackson
   alleges causes of action against defendant *(name or names):* Target - Alameda, CA 94501

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult

   a. ☐ **except plaintiff** *(name):*
      (1) ☒ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

      Bryon Jackson vs
      Target - Alameda, CA
      2700 Fifth St, Alameda, CA

   b. ☐ **except plaintiff** *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
          (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 1 of 3

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4. [X] Plaintiff (name): Bryan Jackson
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [ ] **except** defendant (name):
      (1) [ ] a business organization, form unknown
      (2) [X] a corporation
      (3) [ ] an unincorporated entity (describe):

      (4) [ ] a public entity (describe):

      (5) [ ] other (specify):

   b. [ ] **except** defendant (name):
      (1) [ ] a business organization, form unknown
      (2) [X] a corporation
      (3) [ ] an unincorporated entity (describe):

      (4) [ ] a public entity (describe):

      (5) [ ] other (specify):

   c. [ ] **except** defendant (name):
      (1) [ ] a business organization, form unknown
      (2) [X] a corporation
      (3) [ ] an unincorporated entity (describe):

      (4) [ ] a public entity (describe):

      (5) [ ] other (specify):

   d. [ ] **except** defendant (name):
      (1) [ ] a business organization, form unknown
      (2) [X] a corporation
      (3) [ ] an unincorporated entity (describe):

      (4) [ ] a public entity (describe):

      (5) [ ] other (specify):

   [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants (specify Doe numbers): Target - Alameda, CA were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. [ ] Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to
      plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [ ] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other (specify):

9. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [X] has complied with applicable claims statutes, **or**
   b. [ ] is excused from complying because (specify):

**PLD-PI-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other *(specify):*

(Assault/battery)

Plaintiff has sustained an hit into the right Kidney by an employee of Target on 07/08/21 in the store and have extreem swelling both Compensatory damages and punitive damages;

(1) — Pain and suffering — $5,000,000.00
(2) — Loss of enjoyment of life — $5,000,000.00
(3) — Anxiety — $5,000,000.00
(4) — Emotional distress or Trauma — $5,000,000.00
   $20,000,000.00

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages $10,000,000.00
      (2) ☒ punitive damages $10,000,000.00
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☐ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 8/24/2021

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

MC-031

| PLAINTIFF/PETITIONER: Bryon Jackson | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Target - 2100 Fifth St, Alameda, CA | |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

On July 07th, 2021 I visited the Target store located at 2100 Fifth St Alameda CA 94501 to purchase some lunch and I went into the Starbucks coffee shop and while I was waiting in line to get my coffee, an employee of Target Store use a Trolley to "Deliberately" - Consciously and intentionally "HIT" me in my right kidney with a trolley and walked away, then I reported the incident (Assult & battery) to the store. To this day I continue to feel pain into my right kidney and is seeking both Compensatory and Punitive damages for:-

(1) - Pain and Suffering ——— $5,000,000.00
(2) - Loss of enjoyment of life — $5,000,000.00
(3) - Anxiety ——— $5,000,000.00
(4) - Emotional distress or Trauma — $5,000,000.00

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
Bryon Jackson
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☐ Other *(Specify):*

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

# EXHIBIT 2

David V. Roth (State Bar No. 194648)
  *dvr@manningllp.com*
Chandra Carr (State Bar No. 315259)
  *czc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant, TARGET
CORPORATION (erroneously sued herein as
Target – Alameda, CA)

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ALAMEDA

| | |
|---|---|
| BRYON JACKSON, | Case No. RG21110499 |
| Plaintiff, | **NOTICE OF MOTION AND MOTION OF SPECIALLY APPEARING DEFENDANT TARGET CORPORATION TO QUASH SERVICE OF SUMMONS AND COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES** |
| v. | |
| TARGET – ALAMEDA, CA 2700 FIFTH ST ALAMEDA, CA, | |
| Defendant. | Hearing Date:  November 17, 2021 Time:           9:00 am Dept:           25 Reservation:   R-2294275 |
| | Action Filed:    August 24, 2021 |

**TO PLAINTIFF BRYON JACKSON AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on November 17, 2021, at 9:00 am, or as soon

thereafter as counsel may be heard, in Department 25 of the above-captioned Court, located at

1221 Oak Street, Oakland, California 94612, Specially Appearing Defendant Target Corporation,

erroneously sued as "Target"  (hereinafter "Target Corporation") will and hereby does move for an

order quashing the service of summons and complaint attempted on Specially Appearing

Defendant Target Corporation.

This motion is made pursuant to Code of Civil Procedure section 418.10, on the grounds

---

that the service of summons and complaint has not been properly effectuated on Target

Corporation pursuant to 416.10 (via service on a corporation).

      This Motion is based on this Notice of Motion, the attached Memorandum of Points and

Authorities, the Declaration filed concurrently herewith, all of the pleadings, files, and records in

this proceeding, all other matters of which the Court may take judicial notice, and any argument or

evidence that may be presented to or considered by the Court prior to its ruling.

DATED:  September 27, 2021         **MANNING & KASS**
                                  **ELLROD, RAMIREZ, TRESTER LLP**

By:                 

Chandra Carr
Attorneys for Defendant TARGET
CORPORATION (erroneousely sued hereain as
Target – Alameda, CA)

1

2
## MEMORANDUM OF POINTS AND AUTHORITIES

3
**I.    INTRODUCTION**

4
Specially Appearing Defendant Target Corporation, erroneously sued as Target

5
(hereinafter "Target Corporation") seeks an order quashing the purported service of the summons

6
and complaint on Target on the grounds that service of the summons and complaint has *not* been

7
effectuated on Target Corporation pursuant to Code of Civil Procedure ("CCP") section 416.10

8
(via service on a corporation).  As proper service has **not** been effectuated on Target Corporation

9
to date, the motion to quash service of the summons and complaint is properly granted.[1]

10
**II.    STATEMENT OF FACTS**

11
On August 24, 2021, Plaintiff Bryon Jackson ("Plaintiff") filed a complaint in this instant

12
action. "Target" was the only named defendant. On or about August 24, 2021, Target

13
Corporation's executive team member, Jackie Torres, was personally handed a copy of the

14
summons. Torres Decl. ¶ 1 ( *See* Declaration of Jackie Torres filed concurrently with this motion.)

15
The copy did not contain the complaint. Torres Decl. ¶ 1.  A true and correct copy of the summons

16
is attached as **Exhibit A.**  At no time was Jackie Torres personally served with the complaint.

17
Torres Decl. ¶ 1. Even if the complaint had been handed to Jackie Torres along with the summons,

18
she was not a proper person receive service on behalf of Target Corporation. Torres Decl. ¶ 2.

19

20
**III.    THE MOTION TO QUASH PLAINTIFF'S PURPORTED SERVICE OF SUMMONS**

21
     **AND COMPLAINT IS PROPERLY GRANTED**

22
CCP section 418.10(a) provides that a defendant may bring a motion to quash service of

23
summons due to lack of jurisdiction. A plaintiff must effectuate proper service of summons in

24
order for the Court to obtain jurisdiction over a putative defendant. *Kulko v. Superior Court of*

25
*California* (1978) 436 U.S. 84, 91; *Titus v. Superior Court* (1972) 23 Cal.App.3d 792, 799.

26
"[C]ourts are very strict in applying the statutory standards for proof of service; failure to strictly

27
_____

28
[1]     The instant motion does not constitute a general appearance, as Target is specially appearing to quash service of the summons and complaint. See CCP § 418.10(d).

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

comply with those standards deprives the court of jurisdiction to act." *Oats v. Oats* (1983) 148 Cal.App.3d 416, 420.

Where a putative defendant moves to quash service of summons, the **plaintiff** bears the burden of proving facts showing that service was effective. *Summers v. McClanahan* (2006) 140 Cal.App.4th 403, 413. A defendant, on the other hand, is "not required to present any evidence in order to establish the invalidity of the service and the resulting lack of personal jurisdiction." *Dill v. Berquist Construction Co.* (1994) 24 Cal.App.4th 1426, 1441.

California Code of Civil Procedure 416.10 states:

A summons may be served on a corporation by delivering a copy of the summons and the complaint by any of the following methods:

A summons may be served on a corporation by delivering a copy of the summons and the complaint by any of the following methods:

(a) **To the person designated as agent for service of process** as provided by any provision in Section 202, 1502, 2105, or 2107 of the Corporations Code (or Sections 3301 to 3303, inclusive, or Sections 6500 to 6504, inclusive, of the Corporations Code, as in effect on December 31, 1976, with respect to corporations to which they remain applicable).

(b) **To the president, chief executive officer, or other head of the corporation, a vice president, a secretary or assistant secretary, a treasurer or assistant treasurer, a controller or chief financial officer, a general manager, or a person authorized by the corporation to receive service of process**... (CCP § 416.10 (a)(b))

In the case at bar, Plaintiff did not perfect service for two reasons. First, only the summons was left with an Executive Team Leader of Target Corporation.  Second, the complaint was not served. This is reflected on the proof of service signed by Mark Brown, filed on August 24, 2021. A true and correct copy of the proof of service is attached as **Exhibit B**.  Paragraph three states, I served the following documents: "2 to 3 Summon." Mark Brown does not attest to serving the Complaint. This shows adequate grounds for a motion to quash to be properly granted.

Second, the proof of service is defective where it inaccurately identifies Jackie Torres, as a manger.  Paragraph four states, [b]y personally serving copies to the person served, as follows: "To Jacky -Manager at Target."  Jackie Torres was not a manager, not a general manager and not a person identified by Cal. Civ. Code 416.10 to receive service. Torres Decl. ¶ 1-2.

As of the filing of the instant motion, Target has **not** been properly served with the

NOTICE OF MOTION AND MOTION OF SPECIALLY APPEARING DEFENDANT TARGET CORPORATION TO QUASH SERVICE OF SUMMONS AND COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES

1   summons and complaint.  Plaintiff bears the burden of demonstrating that Target was properly

2   served. *Summers*, *supra*, 140 Cal.App.4th at 413; *Dill*, *supra*, 24 Cal.App.4th at 1441. As Plaintiff

3   cannot do so, and as Target Corporation has not been properly served with a summons and

4   complaint to date, this motion to quash is properly granted.

5   **IV.    CONCLUSION**

6          For the foregoing reasons, Specially Appearing Defendant Target Corporation respectfully

7   requests that the Court grant the instant motion and quash the purported service of summons and

8   complaint on it in this matter.

9

10  DATED:  September 27, 2021                    **MANNING & KASS**
                                                  **ELLROD, RAMIREZ, TRESTER LLP**

11

12

13                                          By: _____

14                                              Chandra Carr
                                                Attorneys for Defendant TARGET
15                                              CORPORATION (erroneousely sued hereain as
                                                Target – Alameda, CA)

16

17

18

19

20

21

22

23

24

25

26

27

28

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

# EXHIBIT A

**SUM-100**

## SUMMONS
### *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Target - Alameda, CA
2100 Fifth St, Alameda, CA

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Bryon Jackson

ENDORSED
FILED
ALAMEDA COUNTY

AUG 2 4 2021

CLERK OF THE SUPERIOR COURT
By ___ K. Ghee ___ Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Alameda County Superior Court<br>1225 Fallon St, Oakland, CA | CASE NUMBER:<br>*(Número del Caso):* 2 1 1 1 0 4 9 9<br>RG |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

| DATE:<br>*(Fecha)* AUG 2 4 2021 | **Chad Finke** | Clerk, by<br>*(Secretario)* ___ K. Ghee ___ | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
           [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

# EXHIBIT B

240736096

**ATTORNEY OR PARTY WITHOUT ATTORNEY OR GOVERNMENTAL AGENCY (under Family Code, §§ 17400, 17406**
*(Name, state bar number, and address):*

Bryon Jackson
1350 Marina Village Parkway, Alameda, CA

TELEPHONE NO.:                     FAX NO.:
ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
STREET ADDRESS: 1225 Fallon St, Oakland, CA
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94512
BRANCH NAME:

PETITIONER/PLAINTIFF: Bryon Jackson

RESPONDENT/DEFENDANT: Target - Alameda, CA

OTHER PARENT: 2100 Fifth St, Alameda, CA 94501

**FOR COURT USE ONLY**

**F I L E D**
**ALAMEDA COUNTY**

**AUG 2 4 2021**

CLERK OF THE SUPERIOR COURT
By Deisha Hill

---

**PROOF OF PERSONAL SERVICE**

CASE NUMBER: RG 21110499

1. I am at least 18 years old, not a party to this action, and not a protected person listed in any of the orders.
2. Person served *(name):*
3. I served copies of the following documents *(specify):*

   2 to 3
   Summons

   To Jacky Manager at Target.

4. By personally delivering copies to the person served, as follows:
   a. Date: 8/24/21                    b. Time: 11:05 AM
   c. Address:
      2100 Fifth St, Alameda, CA 94501

5. I am
   a. ☒ not a registered California process server.
   b. ☐ a registered California process server.
   c. ☐ an employee or independent contractor of a
        registered California process server.
   d. ☐ exempt from registration under Bus. & Prof.
        Code section 22350(b).
   e. ☐ a California sheriff or marshal.

6. My name, address, and telephone number, and, if applicable, county of registration and number *(specify):*

   1350 Marina Village Parkway
   Alameda, CA 94501

7. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
8. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:

Mark Brown
_____
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)

▶

_____
(SIGNATURE OF PERSON WHO SERVED THE PAPERS)

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
FL-330 [Rev. January 1, 2003]

**PROOF OF PERSONAL SERVICE**

Code of Civil Procedure, § 1011
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

# INFORMATION SHEET FOR PROOF OF PERSONAL SERVICE

Use these instructions to complete the *Proof of Personal Service* (form FL-330).

A person at least 18 years of age or older must serve the documents. There are two ways to serve documents: (1) personal delivery and (2) by mail. See the *Proof of Service by Mail* (form FL-335) if the documents are being served by mail. The person who serves the documents must complete a proof of service form for the documents being served. **You cannot serve documents if you are a party to the action.**

**INSTRUCTIONS FOR THE PERSON WHO SERVES THE DOCUMENTS (TYPE OR PRINT IN BLACK INK)**

You must complete a proof of service for each package of documents you serve. For example, if you serve the Respondent and the Other Parent, you must complete two proofs of service, one for the Respondent and one for the Other Parent.

*Complete the top section of the proof of service forms as follows:*
First box, left side: In this box print the name, address, and phone number of the person for whom you are serving the documents.
Second box, left side: Print the name of the county in which the legal action is filed and the court's address in this box. Use the same address for the court that is on the documents you are serving.
Third box, left side: Print the names of the Petitioner/Plaintiff, Respondent/Defendant, and Other Parent in this box. Use the same names listed on the documents you are serving.
First box, top of form, right side: Leave this box blank for the court's use.
Second box, right side: Print the case number in this box. This number is also stated on the documents you are serving.

1. You are stating that you are over the age of 18 and that you are neither a party of this action nor a protected person listed in any of the orders.
2. Print the name of the party to whom you handed the documents.
3. List the name of each document that you delivered to the party.
4. a. Write in the date that you delivered the documents to the party.
   b. Write in the time of day that you delivered the documents to the party.
   c. Print the address where you delivered the documents.
5. Check the box that applies to you. If you are a private person serving the documents for a party, check box "a."
6. Print your name, address, and telephone number. If applicable, include the county in which you are registered as a process server and your registration number.
7. You must check this box if you are not a California sheriff or marshal. You are stating under penalty of perjury that the information you have provided is true and correct.
8. Do not check this box unless you are a California sheriff or marshal.

**Print your name, fill in the date, and sign the form.**

*If you need additional assistance with this form, contact the Family Law Facilitator in your county.*

1

## **PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

3

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California.  My business address is One California Street, Suite 900, San Francisco, CA 94111.

4

5

On September 29, 2021, I served true copies of the following document(s) described as **NOTICE OF MOTION AND MOTION OF SPECIALLY APPEARING DEFENDANT TARGET CORPORATION TO QUASH SERVICE OF SUMMONS AND COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES** on the interested parties in this action as follows:

6

7

8

### **SEE ATTACHED SERVICE LIST**

9

**ONLY BY ELECTRONIC TRANSMISSION:**  Only by emailing the document(s) to the persons at the e-mail address(es).  This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the National Emergency.

10

11

12

13

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

14

15

Executed on September 29, 2021, at San Francisco, California.

16

17

18

_____
Diana Norton

19

20

21

22

23

24

25

26

27

28

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1

**SERVICE LIST**
**Jackson v. Target - Alameda CA 94501**

2

**Case No. RG21110499**

3

Bryon Jackson                                    **Plaintiff, In Pro Per**
1350 Marina Village Parkway

4

Alameda, CA 94501
Tel: (201) 776-4282

5

Email: zaqw1478@hotmail.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 3

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Bryon Jackson  #423 <br> 1350 Marina Village Parkway, Alameda CA <br> TELEPHONE NO.: (201)-776-4282  FAX NO. *(Optional):* <br> E-MAIL ADDRESS *(Optional):* <br> ATTORNEY FOR *(Name):* | ENDORSED FILED <br> ALAMEDA COUNTY <br> OCT − 1 2021 <br> CLERK OF THE SUPERIOR CO... <br> OCT − 1 2021 CLERK OF THE SUPERIOR COURT  MARGARET J. DOWNI <br> Deputy <br> CLERK OF THE SUPERIOR COURT  Deputy <br> MARGARET J. DOWNII |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: ALAMEDA COUNTY SUPERIOR COURT
MAILING ADDRESS: 1225 FALLON STREET
CITY AND ZIP CODE: OAKLAND, CA 94612-4280
BRANCH NAME:

| PLAINTIFF/PETITIONER: Bryon Jackson | CASE NUMBER: |
|---|---|
| Target - Alameda, CA | RG 21110499 |
| DEFENDANT/RESPONDENT: Target - 2400 Fifth St, Alameda, CA 94501 | |
| Amended  PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☐ other *(specify documents):*

3. a. Party served *(specify name of party as shown on documents served):*  Target - 2700 Fifth St. Alameda, CA 94501

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 2700 Fifth St, Alameda, CA 94501

5. I served the party *(check proper box)*
   a. ☒ by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 9/30/21  (2) at *(time):* 1:55 PM → To Manager: Ray J.
   b. ☐ by substituted service. On *(date):*  at *(time):*  I left the documents listed in item 2 with or
      in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☒ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*  from *(city):*  or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| | |
|---|---|
| PLAINTIFF/PETITIONER: Bryon Jackson | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Target 2100 Fifth St, Alameda, CA 94501 | RG21110499 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*          (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☐ as an individual defendant.
  b. ☒ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)         ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)    ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                             ☐ other:

7. **Person who served papers**
  a. Name: Mark Brown
  b. Address: 1250 Marina Village Parkway #271, Alameda, CA 94501
  c. Telephone number: (650) - 822-7966
  d. The fee for service was: $ 25.00
  e. I am:

    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☐ independent contractor.
      (ii) Registration No.:
      (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:

_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶        _____
                   (SIGNATURE )

1

**PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

4

5

On October 28, 2021, I served true copies of the following document(s) described as **NOTICE OF REMOVAL BY DEFENDANT TARGET CORPORATION** on the interested parties in this action as follows:

6

**SEE ATTACHED SERVICE LIST**

7

8

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address ccm@manningllp.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

9

10

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

11

12

Executed on October 28, 2021, at Los Angeles, California.

13

14

/s/ Christine Mills

15

Christine Mills

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**SERVICE LIST**
**Jackson v. Target - Alameda CA 94501**
2
**Case No. RG21110499**

3     Bryon Jackson                              **Plaintiff, In Pro Per**
      1350 Marina Village Parkway
4     Alameda, CA 94501
      Tel: (201) 776-4282
5     Email: zaqw1478@hotmail.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
**NOTICE OF REMOVAL BY DEFENDANT TARGET CORPORATION**

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law