David V. Roth (State Bar No. 194648)
  *dvr@manningllp.com*
Chandra Carr (State Bar No. 315259)
  *czc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant, TARGET CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRYON JACKSON,<br><br>       Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>       Defendant. | Case No. 3:21-cv-08458-LB<br><br>(State Court Case No. RG21110499)<br><br>**DEFENDANT TARGET CORPORATION'S NOTICE OF SERVICE OF DOCUMENTS** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that TARGET CORPORATION has served the following documents on Plaintiff, BRYON JACKSON:

    1)    Standing Order for Magistrate Judge Laurel Beeler;

    2)    Contents of Joint Case Management Statement;

    3)    Consent or Declination to Magistrate Judge Jurisdiction;

    4)    Order Setting Initial Case Management Conference and ADR Deadlines;

    5)    Notice Regarding Resources;

    6)    Legal Help Center; and

///

///

1  7) Handbook for Pro Se Litigants.

DATED: November 11, 2021

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: _____
David V. Roth
Chandra A. Carr
Attorneys for Defendant, TARGET CORPORATION

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On November 12, 2021, I served true copies of the following document(s) described as **DEFENDANT TARGET CORPORATION'S NOTICE OF SERVICE OF DOCUMENTS** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ccm@manningllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 12, 2021, at Los Angeles, California.

                                                /s/ Christine Mills
                                                Christine Mills

**SERVICE LIST**
**Jackson v. Target – USDC-Northern District**
**Case No. 3:21-cv-08458-LB**

Bryon Jackson                                                    **Plaintiff, In Pro Per**
1350 Marina Village Parkway
Alameda, CA 94501
Tel: (201) 776-4282
Email: zaqw1478@hotmail.com