David V. Roth (State Bar No. 194648)
  *dvr@manningllp.com*
Chandra Carr (State Bar No. 315259)
  *czc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant,
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>(State Court Case No. RG21110499)<br><br>**DECLARATION OF DAVID V. ROTH IN SUPPORT OF DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**<br><br>Judge:         Hon. Laurel Beeler<br>Hearing Date: January 20, 2022<br>Time:          9:30 a.m.<br>Crtrm:         B |

I, David V. Roth, declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendant, TARGET CORPORATION. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of Defendant Target Corporation's Motion to Dismiss or Strike Portions of Plaintiff's Complaint.

2.      Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/ / /

4874-7883-9814.1                                                                                                              Case No. 3:21-cv-08458-LB

**DECLARATION OF DAVID V. ROTH IN SUPPORT OF DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

1  Executed on this 14th day of December, 2021, at San Francisco, California.

3  /s/ *David V. Roth*
4  David V. Roth

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Bryon Jackson <br> 1550 Marina Village Parkway, Alameda, CA 94501 <br> TELEPHONE NO: (201)-776-4282   FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): | 240736078 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF: Alameda <br> STREET ADDRESS: 1225 Fallon St <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Oakland, CA 94612 <br> BRANCH NAME: | FILED <br> ALAMEDA COUNTY <br> AUG 24 2021 <br> CLERK OF THE SUPERIOR COURT <br> By Christie Gree, Deputy |
| PLAINTIFF: Bryon Jackson | |
| DEFENDANT: Target - Alameda, CA 94501 | |
| ☐ DOES 1 TO   2700 Fifth St, Alameda, CA | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death <br> ☐ AMENDED (Number): Damages for assault & battery. <br> Type (check all that apply): <br> ☐ MOTOR VEHICLE  ☒ OTHER (specify): <br> ☐ Property Damage  ☐ Wrongful Death <br> ☐ Personal Injury  ☐ Other Damages (specify): | |
| Jurisdiction (check all that apply): <br> ☐ ACTION IS A LIMITED CIVIL CASE <br> Amount demanded ☐ does not exceed $10,000 <br> ☐ exceeds $10,000, but does not exceed $25,000 <br> ☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000) <br> ☐ ACTION IS RECLASSIFIED by this amended complaint <br> ☐ from limited to unlimited <br> ☐ from unlimited to limited | CASE NUMBER: <br> RG21110499 |

1. Plaintiff (name or names): Bryon Jackson
   alleges causes of action against defendant (name or names): Target - Alameda, CA 94501
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☒ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

   Bryon Jackson vs
   Target - Alameda, CA
   2700 Fifth St, Alameda, CA

   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |

4. ☒ Plaintiff (name): Bryon Jackson
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): Target - Alameda, CA were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

| SHORT TITLE: | CASE NUMBER: | PLD-PI-001 |
|---|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other (specify): *(Assault/battery)* Plaintiff has sustained an hit into the right kidney by an employee of Target on 07/08/21 in the store and have extream pain. Seeking both Compensatory damages and punitive damages;

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage (specify):
   (1) — Pain and suffering — $5,000,000.00
   (2) — Loss of enjoyment of life — $5,000,000.00
   (3) — Anxiety — $5,000,000.00
   (4) — Emotional distress & Trauma — $5,000,000.00
   $20,000,000.00

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages  $10,000,000.00
      (2) ☒ punitive damages       $10,000,000.00
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☐ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: 8/24/2021

(TYPE OR PRINT NAME)    ▶    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**    Page 3 of 3

MC-031

| PLAINTIFF/PETITIONER: Bryon Jackson | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Target - 2100 Fifth St, Alameda, CA | |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

On July 07th, 2021 I visited the Target store located at 2100 Fifth St Alameda, CA 94501 to purchase some lunch and I went into the Starbucks coffee shop and while I was waiting in line to get my coffee, an employee of Target store use a Trolley to "Deliberately" - Consciously and Intentionally "HIT" me in my right kidney with a trolley and walked away, then I reported the incident (Assult & battery) to the store. To this day I continue to feel pain into my right kidney and is seeking both Compensatory and Punitive damages for:

(1) - Pain and Suffering —— $5,000,000.00
(2) - Loss of enjoyment of Life —— $5,000,000.00
(3) - Anxiety —— $5,000,000.00
(4) - Emotional distress or Trauma — $5,000,000.00

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Bryon Jackson
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify)*:

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One California Street, Suite 900, San Francisco, CA 94111.

On December 14, 2021, I served true copies of the following document(s) described as **DECLARATION OF DAVID V. ROTH IN SUPPORT OF DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dln@manningllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 14, 2021, at San Francisco, California.

Diana Norton

**SERVICE LIST**
**Jackson v. Target - Alameda CA 94501**
**Case No. RG21110499**

Bryon Jackson                                    **Plaintiff, In Pro Per**
1350 Marina Village Parkway
Alameda, CA 94501
Tel: (201) 776-4282
Email: zaqw1478@hotmail.com

4874-7883-9814.1                         4                         Case No. 3:21-cv-08458-LB

**DECLARATION OF DAVID V. ROTH IN SUPPORT OF DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**