1
2
3
4
6
7

Bryon Jackson
1350 Marina Village Parkway # 433
Alameda, California 94501
Tel: (201) 776-4282

Plaintiff in PRO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON, | Case No. 3:21-cv-08458-LB |
| Plaintiff, | (State Court Case No. RG21110499) **NOTICE TO DENIES DEFENDANT MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORTIES** |
| v. | |
| TARGET CORPORATION, | |
| Defendant. | |
| | Judge:        Hon. Laurel Beeler <br> Hearing Date: January 20, 2022 <br> Time:         9:30 a.m. <br> Crtrm:        B |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

   **PLEASE TAKE NOTICE THAT** on January 20, 2022, at 9:30 am, or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Laurel Beeler, located in **Courtroom B** of the Philip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco California, Plaintiff will and hereby move, pursuant to Fed. R. Civ. P. 12(b)(6) and/or 12(f), for an order to denies the defendant motion to dismiss the following portions of Plaintiff's complaint:

   1.Page 3, ¶ 14(a)(2): Prayer for "punitive damages"

   This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and/or 12(f) on the ground that

4865-5561-6774.1

**PLAINTIFF PRO MOTION TO DENIES DEFENDANT MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

Plaintiff's prayer for punitive damages is recoverable as a matter of law in this case, this is a fact

sufficient to support an award of punitive damages and is subject to a motion to strike on that ground

and will be proven in court, from live video tapes from the Alameda, CA Target store

 showing the Plaintiff's hitting me intentionally with a red Targets trolly.

        This motion is based on facts, the attached Memorandum of Points and

Authorities, the Declaration filed concurrently herewith, all of the pleadings, files, and records in

this proceeding, all other matters of which the Court may take judicial notice, and any argument or

evidence that may be presented to or considered by the Court prior to its ruling.


DATED:  January 3, 2022                    **BRYON JACKSON**



                                    By:        /s/ *Bryon Jackson*
                                               Bryon Jackson

28

2

**PLAINTIFF PRO MOTION TO DENIES DEFENDANT MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    INTRODUCTION AND BACKGROUND**

On August 24, 2021, Plaintiff Bryon Jackson filed a form complaint in the Superior Court of the State of California, County of Alameda, in case number RG21110499. On July 7, 2021, Plaintiff visited a Target store in Alameda, California, and was intentionally hit. The Target employee's hit Plaintiff 'deliberately'—consciously and intentionally." by a Target trolley while Plaintiff was waiting in line for coffee.

Plaintiff's Complaint contains a prayer for punitive damages, because this Complaint is Factual as it was captured on vide tape from the Target Store in Alameda, CA and will be proven in court after video tape is subpoena from the Target store. This is a fact sufficient to support an award of punitive damages and is subject to a motion to strike on that ground and will be proven in court, from live video tapes from the Alameda, CA Target store showing the Plaintiff's hitting me intentionally with a red Targets trolly.

**II. THE COURT MUST DENIES THE DEFENDANT TO DISMISS OR STRIKE PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES, WHICH ARE SUPPORTED BY FACTS, FROM TARGET LIVE VIDEO OF THE EMPLOYEE HITTING ME WITH THE TARGET RED TROLLY.**

Plaintiff seeks damages are recoverable as a matter of law. Plaintiff has stated facts that will be proven in court from video tape at TARGET store in Alameda, CA, This video tape will be subpoena and shown in court as facts from TARGET in Alameda, CA showing their employee intentionally and maliciously hitting me with a red trolly. Target is liable from its employee negligence and as a result their employee's crimes of assault.

**III. CONCLUSION**

For the foregoing reasons, Plaintiff request the Court to grant its motion to denies the defendant motion to dismiss the request to dismiss for punitive damages because this complaint is based in facts that will be proven in count from TARGET of Alameda, CA video tapes

By:    _____/s/ Bryon Jackson_____
Bryon Jackson

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One California Street, Suite 900, San Francisco, CA 94111.

On December 14, 2021, I served true copies of the following document(s) described as **NOTICE OF MOTION AND MOTION OF DEFENDANT TARGET CORPORATION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dln@manningllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 14, 2021, at San Francisco, California.

_____
Diana Norton

**SERVICE LIST**
**Jackson v. Target - Alameda CA 94501**
**Case No. RG21110499**

Bryon Jackson                                    **Plaintiff, In Pro Per**
1350 Marina Village Parkway
Alameda, CA 94501
Tel: (201) 776-4282
Email: zaqw1478@hotmail.com

**PLAINTIFF PRO MOTION TO DENIES DEFENDANT MOTION TO DISMISS OR**
**STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

1  David V. Roth (State Bar No.
       194648) *dvr@manningllp.com*
2  Chandra Carr (State Bar No. 315259)
       *czc@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  One California Street, Suite 900
   San Francisco, California 94111
5  Telephone: (415) 217-6990
   Facsimile: (415) 217-6999
6
   Attorneys for Defendant,
7  TARGET CORPORATION

8                 **UNITED STATES DISTRICT COURT**

9       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11  BRYON JACKSON,                          Case No. 3:21-cv-08458-LB

12              Plaintiff,                  (State Court Case No. RG21110499)
                                            **DECLARATION OF BRYON**
13         v.                               **JACKSON'S**
                                            **SUPPORT OF PLAINTIFF'S IN PRO**
14  TARGET CORPORATION,                     **MOTION TO NOT**
                                            **DISMISS OR STRIKE PORTIONS OF**
15              Defendant.                  **PLAINTIFF'S COMPLAINT**

16                                          Judge:        Hon. Laurel Beeler
                                            Hearing Date: January 20, 2022
17                                          Time:         9:30 a.m.
                                            Crtrm:        B
18

19         I, David V. Roth, declare as follows:

20         1. I am an attorney duly admitted to practice before this Court. I am an attorney with

21  Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendant, TARGET

22  CORPORATION. I have personal knowledge of the facts set forth herein, and if called as a witness,

23  I could and would competently testify thereto. I make this declaration in support of Defendant Target

24  Corporation's Motion to Dismiss or Strike Portions of Plaintiff's Complaint.

25         2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Complaint.

26         I declare under penalty of perjury under the laws of the United States of America that the

27  foregoing is true and correct.

28  ///

4874-7883-9814.1
                                                              Case No. 3:21-cv-08458-LB
   **PLAINTIFF PRO MOTION TO DENIES DEFENDANT MOTION TO DISMISS OR**
                **STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

Executed on this 14th day of December, 2021, at San Francisco, California.

/s/ *David V. Roth*
David V. Roth

2                               Case No. 3:21-cv-08458-LB
DECLARATION OF BRYON JACKSON'S SUPPORT OF PLAINTIFF'S IN PRO MOTION
TO NOT DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT

# EXHIBIT A

240736078

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Bryon Jackson
1350 Marina Village Parkway, Alameda, CA 94501
TELEPHONE NO: (201)-776-4282 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FOR COURT USE ONLY

FILED
ALAMEDA COUNTY
AUG 2 4 2021
CLERK OF THE SUPERIOR COURT
By [signature] Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon St
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

PLAINTIFF: Bryon Jackson

DEFENDANT: Target - Alameda, CA 94501

☐ DOES 1 TO 2700 Fifth St, Alameda, CA

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

☐ **AMENDED (Number):**

**Type** *(check all that apply):*

☐ MOTOR VEHICLE ☒ OTHER *(specify)*: Damages for assault & battery.

☐ Property Damage ☐ Wrongful Death

☐ Personal Injury ☐ Other Damages *(specify)*:

**Jurisdiction** *(check all that apply):*

☐ ACTION IS A LIMITED CIVIL CASE

Amount demanded ☐ does not exceed $10,000

☐ exceeds $10,000, but does not exceed $25,000

☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)

☐ ACTION IS RECLASSIFIED by this amended complaint

☐ from limited to unlimited

☐ from unlimited to limited

CASE NUMBER: RG21110499

1. **Plaintiff** *(name or names)*: Bryon Jackson
alleges causes of action against **defendant** *(name or names)*: Target - Alameda, CA 94501

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult

Bryon Jackson vs Target - Alameda, CA 2700 Fifth St, Alameda, CA

a. ☐ except plaintiff *(name)*:
   (1) ☒ a corporation qualified to do business in California
   (2) ☐ an unincorporated entity *(describe)*:
   (3) ☐ a public entity *(describe)*:
   (4) ☐ a minor ☐ an adult
      (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) ☐ other *(specify)*:
   (5) ☐ other *(specify)*:

b. ☐ except plaintiff *(name)*:
   (1) ☐ a corporation qualified to do business in California
   (2) ☐ an unincorporated entity *(describe)*:
   (3) ☐ a public entity *(describe)*:
   (4) ☐ a minor ☐ an adult
      (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
      (b) ☐ other *(specify)*:
   (5) ☐ other *(specify)*:

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

4. ☒ Plaintiff *(name):* Bryan Jackson
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* Target - Alameda, CA were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

**PLD-PI-001**

| SHORT TITLE: | | CASE NUMBER: |
|---|---|---|
| | | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☒ Other *(specify):*

Assault/battery

Plaintiff has sustained an hit into the right kidney by an employee of Target on 07/08/21 in the store and have extream pain. Seeking both compensatory damages and punitive damages;

(1) — Pain and suffering — $5,000,000.00
(2) — Loss of enjoyment of life — $5,000,000.00
(3) — Anxiety — $5,000,000.00
(4) — Emotional distress or Trauma — $5,000,000.00
                                            $20,000,000.00

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages $10,000,000.00
      (2) ☒ punitive damages $10,000,000.00
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☐ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 8/24/2021

_____
(TYPE OR PRINT NAME)

▶  _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]          **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**          Page 3 of 3

MC-031

| PLAINTIFF/PETITIONER: | Bryon Jackson | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Target - 2100 Fifth St, Alameda, CA | |

## DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

On July 07th, 2021 I visited the Target store located at
2100 Fifth St, Alameda, CA 94501 to purchase some lunch
and I went into the Starbucks Coffee shop and while I was
Waiting in line to get my coffee, an employee of Target
store use a Trolley to "Deliberately" - Consciously and
Intentionally "HIT" me in my right kidney with a trolley
and walked away, then I reported the incident (Assult & battery)
to the store. To this day I continue to feel pain into
My right kidney and is seeking both Compensatory and
Punitive damages for:
(1) - Pain and Suffering — $5,000,000.00
(2) - Loss of enjoyment of life — $5,000,000.00
(3) - Anxiety — $5,000,000.00
(4) - Emotional distress or Trauma — $5,000,000.00

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Bryon Jackson
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other *(Specify):*

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One California Street, Suite 900, San Francisco, CA 94111.

On December 14, 2021, I served true copies of the following document(s) described as **DECLARATION OF DAVID V. ROTH IN SUPPORT OF DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dln@manningllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 14, 2021, at San Francisco, California.

_____
Diana Norton

**DECLARATION OF DAVID L. ROTH IN SUPPORT OF DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

**SERVICE LIST**
**Jackson v. Target - Alameda CA 94501**
**Case No. RG21110499**

Bryon Jackson                                          **Plaintiff, In Pro Per**
1350 Marina Village Parkway
Alameda, CA 94501
Tel: (201) 776-4282
Email: zaqw1478@hotmail.com

**DECLARATION OF DAVID L. ROTH IN SUPPORT OF DEFENDANT TARGET
CORPORATION'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S
COMPLAINT**

1   David V. Roth (State Bar No.
      194648) *dvr@manningllp.com*
2   Chandra Carr (State Bar No. 315259)
      *czc@manningllp.com*
3   **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**
4   One California Street, Suite 900
    San Francisco, California 94111
5   Telephone: (415) 217-6990
    Facsimile: (415) 217-6999
6
    Attorneys for Defendant,
7   TARGET CORPORATION

8                    **UNITED STATES DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11  BRYON JACKSON,                        Case No. 3:21-cv-08458-LB

12            Plaintiff,                   (State Court Case No. RG21110499)

13       v.                               **[PROPOSED] ORDER GRANTING**
                                          **MOTION TO DISMISS OR STRIKE**
14  TARGET CORPORATION,                   **PORTIONS OF PLAINTIFF'S**
                                          **COMPLAINT**
15            Defendant.
                                          Judge:        Hon. Laurel Beeler
16                                        Hearing Date: January 20, 2022
                                          Time:         9:30 a.m.
17                                        Crtrm:        B

18

19

20       Defendant Target Corporation ("Target")'s motion to dismiss or strike portions of Plaintiff's

21  Complaint came on for hearing before this Court on January 20, 2022 at 9:30 a.m.. After full

22  consideration of the matter, the Court finds as follows:

23       Target's motion is GRANTED. Plaintiff's prayer for punitive damages (Complaint, Page 3,

24  ¶ 14(a)(2)) is DISMISSED.

25       IT IS SO ORDERED.

26

27  Dated: _____          _____
                                             Hon. Laurel Beeler
28                                           United States Magistrate Judge

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One California Street, Suite 900, San Francisco, CA 94111.

On December 14, 2021, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dln@manningllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 14, 2021, at San Francisco, California.

Diana Norton

**SERVICE LIST**
**Jackson v. Target - Alameda CA 94501**
**Case No. RG21110499**

Bryon Jackson                                    **Plaintiff, In Pro Per**
1350 Marina Village Parkway
Alameda, CA  94501
Tel: (201) 776-4282
Email: zaqw1478@hotmail.com

**PLAINTIFF PRO MOTION NOT TO DISMISS OR STRIKE PORTIONS OF**
**PLAINTIFF'S COMPLAINT**