David V. Roth (State Bar No. 194648)
  *dvr@manningllp.com*
Chandra Carr (State Bar No. 315259)
  *czc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant, TARGET
CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON, | Case No. 3:21-cv-08458-LB |
| Plaintiff, | (State Court Case No. RG21110499) |
| v. | **JOINT CASE MANAGEMENT STATEMENT** |
| TARGET CORPORATION, | Judge: Hon. Hon. Laurel Beeler |
| Defendant. | Date: January 27, 2022 |
| | Time: 11:00 am |
| | Dept. Courtroom B, 15th Floor |

Defendant hereby submits this Rule 26(f) Conference Report pursuant to this Court's Order dated June 7, 2021.

1.　**Jurisdiction and Service:**　All known parties have been served. Jurisdiction is based on a diversity jurisdiction under 28 U.S.C. §1331 and §1343.

2.　**Facts:**　This is an assault and battery case.  Plaintiff Bryon Jackson alleges he suffered injuries when a Target employee deliberately hit him with a trolley on July 7, 2021, at the Target Store located at 2700 Fifth Street, Alameda, California 94501.  Plaintiff seeks monetary damages for general and punitive damages.  Target disputes that its employee caused a trolley to come into contact with Plaintiff and disputes the nature and extent of Plaintiff's injuries.

///

///

**JOINT RULE 26 INITIAL DISCLOSURE STATEMENT**

3.   **Legal Issues:**

(a)   Whether Target's employee caused Plaintiff to be touched with the intent to harm or offend him;

(b)   Whether Plaintiff reasonably believed that he was about to be touched in a harmful manner;

(c)   Whether Plaintiff was harmed by Defendant's conduct;

(d)   Whether a reasonable person in Plaintiff's situation would have been offended by the touching.

(e)   Whether Plaintiff suffered any injury as a result of the touching.

4.   **Motions:**  Defendant may file a motion for summary judgment. Defendant as filed a Motion to Dismiss.  Both parties anticipate filing motions in limine at the time of trial.

5.   **Amendment of Pleadings:**   None known.

6.   **Evidence Preservation:**  Both parties will retain all relevant evidence and until specific discovery requests are made.  Discovery is ongoing.

7.   **Disclosures:**   Both parties are still accumulating documentation and will exchange all initial disclosure materials by February 2, 2022.

8.   **Protective Orders for Discovery:**   Both parties willing to stipulate to the use of the Northern District Model Protective Order.

**Discovery Plan:**  Based on the FRCP 26(f),  Both parties believe that each party is entitled to 25 interrogatories. There should be no limit to the number of Requests for Production and all documents produced should be bates stamped starting at JAC-0001 for Plaintiff, and TAR-0001 for Defendant Target Corporation, so as to identify the party producing them.  All other discovery is to be conducted pursuant to the Federal Rules of Civil Procedure.

9.   **Class Actions:**  This is not a class action.

10.   **Related Cases:**   At this time there are no related cases.

11.   **Relief:**   Plaintiff seeks general and punitive damages as alleged in the Complaint.

12.   **Settlement and ADR:**   Defendant is willing to engage in mediation.

13. **Consent to Magistrate Judge for All Purposes**: The parties consent to proceeding before a Magistrate Judge. Defendant has consented to proceeding before a Magistrate Judge.

14. **Other References**: The case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. **Narrowing of Issues**: Defendant has filed a motion to strike Plaintiff's prayer for punitive damages.

16. **Expedited Schedule:** Not applicable.

17. **Scheduling:**

Proposed Dates

| a. | Fact discovery cutoff: | 12/23/22 |
| b. | Expert disclosure deadline: | 2/24/23 |
| c, | Last day to file dispositive motions: | 3/24/23 |
| d. | Completion of expert discovery | 5/30/23 |
| e. | Pretrial conference: | 6/16/2023 |
| f. | Trial date: | 7/17/2023 |

///
///
///
///
///
///
///
///
///
///
///
///

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

18. **Trial:**  Defendant requests a jury trial.  Trial is estimated to last 4 days.

19. **Disclosure of Non-party Interested Entities or Persons:**   There are no non-party interests that the Defendant is aware of at this time.

20. **Professional Conduct:**  Both parties' attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

21. **Other Matters:**  None.

DATED:  January  9, 2022                           **MANNING & KASS**
                                                                        **ELLROD, RAMIREZ, TRESTER LLP**


                                                        By:  _____/s/ *David V. Roth*_____
                                                                    David V. Roth
                                                                    Attorneys for Defendant, TARGET
                                                                    CORPORATION


DATED:  January ___, 2022
                           10


                                                        By:  _____*Bryon Jackson*_____
                                                                    Bryon Jackson
                                                                    Plaintiff in Propria Persona

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1

## **PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

3

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of San Francisco, State of California.  My business address is One California Street, Suite 900, San Francisco, CA 94111.

4

5

On January 11, 2022, I served true copies of the following document(s) described as **JOINT CASE MANAGEMENT STATEMENT** on the interested parties in this action as follows:

6

7

### **SEE ATTACHED SERVICE LIST**

8

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

9

10

11

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12

13

Executed on January 11, 2022, at San Francisco, California.

14

15

16

Diana Norton

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**
**Jackson v. Target Corp; Case No. 3:21-CV-08458-LB**

Bryon Jackson                              **Plaintiff, In Pro Per**
1350 Marina Village Parkway
Alameda, CA 94501
Tel: (201) 776-4282
Email: zaqw1478@hotmail.com

2