Bryon Jackson
1350 Marina Village Parkway # 433
Alameda, California 94501
Tel: (201) 776-4282

Plaintiff in PRO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No. 3:21-cv-08458-LB<br><br>(State Court Case No. RG21110499)<br>**NOTICE TO "AMEND" MOTION TO DENIES DEFENDANT MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORTIES**<br><br>Judge:　　Hon. Laurel Beeler<br>Order Date:　January 19, 2022<br>Time:　　9:30 a.m.<br>Crtrm:　　B |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 19, 2022, at 9:30 am, or as soon thereafter in the courtroom of the Honorable Laurel Beeler, located in **Courtroom B** of the Philip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco California, The Honorable Laurel Beeler, issued an order granting Target Corporation's motion with leave to ament which denies the defendant motion to dismiss the following portions of Plaintiff's complaint:

1.Page 3, ¶ 14(a)(2): Prayer for "punitive damages"

This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and/or 12(f) on the ground that

4865-5561-6774.1
　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 3:21-cv-08458-LB
**PLAINTIFF PRO MOTION TO DENIES DEFENDANT MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

1 Plaintiff's prayer for punitive damages is recoverable as a matter of law in this case, this is a fact
2 sufficient to support an award of punitive damages and is subject to a motion to to amend the motion
3 to strike on that ground of facts, that can be proven in court, from live video tapes from
4 the Alameda, CA Target store showing the Defendant (Target's) employee hitting the Plaintiff
5 intentionally with a red Targets trolly.

6 Plaintiff is alleging facts because (1) the intentional or malicious conduct, can be shown on live
7 Video tapes from the Target store, showing the Defendant (Target employee) intentionally or
8 malicious hitting the Plaintiff with the Target's Trolly, then after the plaintiff was hit, the Plaintiff
9 walked toward the Defendant (Target employee) asking her, are you crazy? the Defendant
10 (Target's) employee said, "Get Out Nigger", to the Plaintiff. That shows" Intentional and
11 malicious" actions, (2) Target must have advance knowledge of its employees through its hiring
12 and recruitment process by conducting a background check on its employees before offering
13 employment, to ensure Target is hiring the right employees for their jobs and they are not
14 hiring violent and risky employees that will be a financial risk to Target.

15      This motion to "AMEND" is based on facts, the attached Memorandum of Points and
16 Authorities, the Declaration filed concurrently herewith, all the pleadings, files, and records in
17 this proceeding, all other matters of which the Court may take judicial notice, and any argument or
18 evidence that may be presented to or considered by the Court prior to its ruling.

19

20      **BRYON JACKSON**

By:    /s/ *Bryon Jackson*
     Bryon Jackson
21

**PLAINTIFF PRO MOTION TO DENIES DEFENDANT MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. INTRODUCTION AND BACKGROUND**

On August 24, 2021, Plaintiff Bryon Jackson filed a form complaint in the Superior Court of the State of California, County of Alameda, in case number RG21110499. On July 7, 2021, Plaintiff visited a Target store in Alameda, California, and was intentionally hit. The Target employee's hit Plaintiff 'deliberately'—consciously and intentionally." by a Target trolley while Plaintiff was waiting in line for coffee.

Plaintiff's Complaint contains a prayer for punitive damages, because this Complaint is Factual as it was captured on vide tape from the Target Store in Alameda, CA and will be proven in court after video tape is subpoena from the Target store. This is a fact sufficient to support an award of punitive damages and is subject to a motion to strike on that ground and will be proven in court, from live video tapes from the Alameda, CA Target store showing the Plaintiff's hitting me intentionally with a red Targets trolly.

**II. THE COURT MUST DENIES THE DEFENDANT TO DISMISS OR STRIKE PLAINTIFF'S PRAYER FOR PUNITIVE DAMAGES, WHICH ARE SUPPORTED BY FACTS, FROM TARGET LIVE VIDEO OF THE EMPLOYEE HITTING ME WITH THE TARGET RED TROLLY.**

Plaintiff seeks damages are recoverable as a matter of law. Plaintiff has stated facts that will be proven in court from video tape at TARGET store in Alameda, CA, This video tape will be subpoena and shown in court as facts from TARGET in Alameda, CA showing their employee intentionally and maliciously hitting me with a red trolly. Target is liable from its employee negligence and as a result their employee's crimes of assault.

**III. CONCLUSION**

For the foregoing reasons, Plaintiff request the Court to grant its motion to denies the defendant motion to dismiss the request to dismiss for punitive damages because this complaint is based in facts that will be proven in count from TARGET of Alameda, CA video tapes

By:       /s/ *Bryon Jackson*
      Bryon Jackson

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One California Street, Suite 900, San Francisco, CA 94111.

On December 14, 2021, I served true copies of the following document(s) described as **NOTICE OF MOTION AND MOTION OF DEFENDANT TARGET CORPORATION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dln@manningllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 14, 2021, at San Francisco, California.

Diana Norton

**SERVICE LIST**
**Jackson v. Target - Alameda CA 94501**
**Case No. RG21110499**

Bryon Jackson                    **Plaintiff, In Pro Per**
1350 Marina Village Parkway
Alameda, CA 94501
Tel: (201) 776-4282
Email: zaqw1478@hotmail.com

1  David V. Roth (State Bar No.
     194648) *dvr@manningllp.com*
2  Chandra Carr (State Bar No. 315259)
     *czc@manningllp.com*
3  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
4  One California Street, Suite 900
   San Francisco, California 94111
5  Telephone: (415) 217-6990
   Facsimile: (415) 217-6999
6
   Attorneys for Defendant,
7  TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON, | Case No. 3:21-cv-08458-LB |
| Plaintiff, | (State Court Case No. RG21110499) |
| v. | **DECLARATION OF BRYON JACKSON'S SUPPORT OF PLAINTIFF'S IN PRO MOTION TO NOT DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT** |
| TARGET CORPORATION, | |
| Defendant. | |
| | Judge: Hon. Laurel Beeler |
| | Hearing Date: January 20, 2022 |
| | Time: 9:30 a.m. |
| | Crtrm: B |

I, David V. Roth, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendant, TARGET CORPORATION. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of Defendant Target Corporation's Motion to Dismiss or Strike Portions of Plaintiff's Complaint.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

///

4874-7883-9814.1

Case No. 3:21-cv-08458-LB

**PLAINTIFF PRO MOTION TO DENIES DEFENDANT MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

Executed on this 14th day of December, 2021, at San Francisco, California.

/s/ *David V. Roth*
David V. Roth

Case 2:21-cv-08458-BL Document 15-1 Filed 01/03/22 Page 8 of 20

# EXHIBIT A



240736078

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Bryon Jackson
1550 Marina Village Parkway, Alameda, CA 94501
TELEPHONE NO: (201)-776-4282
FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF:** Alameda
STREET ADDRESS: 1225 Fallon St
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME:

**FOR COURT USE ONLY**
FILED
ALAMEDA COUNTY
AUG 2 4 2021
CLERK OF THE SUPERIOR COURT
By Chaistha Ajee, Deputy

**PLAINTIFF:** Bryon Jackson

**DEFENDANT:** Target - Alameda, CA 94501

☐ DOES 1 TO 2700 Fifth St, Alameda, CA

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED (Number): Damages for assault & battery.
Type (check all that apply):
☐ MOTOR VEHICLE   ☒ OTHER (specify):
☐ Property Damage   ☐ Wrongful Death
☐ Personal Injury   ☐ Other Damages (specify):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

**CASE NUMBER:** RG21110499

1. Plaintiff (name or names): Bryon Jackson
alleges causes of action against defendant (name or names): Target - Alameda, CA 94501
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☒ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

Bryon Jackson VS
Target - Alameda, CA
2700 Fifth St, Alameda, CA

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
|  |  |

4. ☒ Plaintiff (name): Bryan Jackson
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants (specify Doe numbers): Target - Alameda, CA were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☒ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

| SHORT TITLE: | CASE NUMBER: | PLD-PI-001 |
|---|---|---|
| | | |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
    a. ☐ Motor Vehicle
    b. ☐ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☐ Premises Liability
    f. ☒ Other (specify): Assault/battery

Plaintiff has sustained an hit into the right kidney by an employee of Target on 07/08/21 in the store and have extream pain. Seeking both compensatory damages and punitive damages;
(1) — Pain and suffering — $5,000,000.00
(2) — Loss of enjoyment of life — $5,000,000.00
(3) — Anxiety — $5,000,000.00
(4) — Emotional distress and Trauma — $5,000,000.00
                                            $20,000,000.00

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☐ hospital and medical expenses
    d. ☒ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☒ other damage (specify):

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☒ compensatory damages  $10,500,000.00
       (2) ☒ punitive damages  $10,500,000.00
    The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
       (1) ☐ according to proof
       (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: 8/24/2021

(TYPE OR PRINT NAME)                          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

MC-031

| PLAINTIFF/PETITIONER: Bryon Jackson | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Target - 2100 Fifth St, Alameda, CA | |

## DECLARATION

(This form must be attached to another form or court paper before it can be filed in court.)

On July 07th, 2021 I visited the Target store located at 2100 Fifth St Alameda, CA 94501 to purchase some lunch and I went into the Starbucks coffee shop and while I was waiting in line to get my coffee, an employee of Target store use a Trolley to "Deliberately" - Consciously and Intentionally "HIT" me in my right kidney with a trolley and walked away, then I reported the incident (Assult & battery) to the store. To this day I continue to feel pain into my right kidney and is seeking both Compensatory and Punitive damages for:

(1) - Pain and Suffering — $5,000,000.00
(2) - Loss of enjoyment of life — $5,000,000.00
(3) - Anxiety — $5,000,000.00
(4) - Emotional distress or Trauma — $5,000,000.00

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Bryon Jackson
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One California Street, Suite 900, San Francisco, CA 94111.

On December 14, 2021, I served true copies of the following document(s) described as **DECLARATION OF DAVID V. ROTH IN SUPPORT OF DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dln@manningllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 14, 2021, at San Francisco, California.

Diana Norton

4874-7883-9814.1

3

Case No. 3:21-cv-08458-LB

DECLARATION OF DAVID Y. ROTH IN SUPPORT OF DEFENDANT TARGET
CORPORATION'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S
COMPLAINT

**SERVICE LIST**
**Jackson v. Target - Alameda CA 94501**
**Case No. RG21110499**

Bryon Jackson                                          **Plaintiff, In Pro Per**
1350 Marina Village Parkway
Alameda, CA 94501
Tel: (201) 776-4282
Email: zaqw1478@hotmail.com

Case 3:21-cv-08458-LB   Document 21   Filed 01/21/22   Page 17 of 20

**DECLARATION OF DAVID Y. ROTH IN SUPPORT OF DEFENDANT TARGET CORPORATION'S MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

David V. Roth (State Bar No. 194648) *dvr@manningllp.com*
Chandra Carr (State Bar No. 315259) *czc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile:  (415) 217-6999

Attorneys for Defendant,
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>(State Court Case No. RG21110499)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**<br><br>Judge:         Hon. Laurel Beeler<br>Hearing Date: January 20, 2022<br>Time:          9:30 a.m.<br>Crtrm:         B |

Defendant Target Corporation ("Target")'s motion to dismiss or strike portions of Plaintiff's Complaint came on for hearing before this Court on January 20, 2022 at 9:30 a.m.. After full consideration of the matter, the Court finds as follows:

Target's motion is GRANTED. Plaintiff's prayer for punitive damages (Complaint, Page 3, ¶ 14(a)(2)) is DISMISSED.

IT IS SO ORDERED.

Dated: _____       _____
                                              Hon. Laurel Beeler
                                              United States Magistrate Judge

4871-9710-0550.1                                                              Case No. 3:21-cv-08458-LB
**PLAINTIFF PRO MOTION NOT TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One California Street, Suite 900, San Francisco, CA 94111.

On December 14, 2021, I served true copies of the following document(s) described as **[PROPOSED] ORDER GRANTING MOTION TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address dln@manningllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 14, 2021, at San Francisco, California.

Diana Norton

4871-9710-0550.1

1

Case No. 3:21-cv-08458-LB

**PLAINTIFF PRO MOTION NOT TO DISMISS OR STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT**

**SERVICE LIST**
**Jackson v. Target - Alameda CA 94501**
**Case No. RG21110499**

Bryon Jackson                           **Plaintiff, In Pro Per**
1350 Marina Village Parkway
Alameda, CA 94501
Tel: (201) 776-4282
Email: zaqw1478@hotmail.com