1  David V. Roth (State Bar No. 194648)
    *dvr@manningllp.com*
2  Chandra Carr (State Bar No. 315259)
    *czc@manningllp.com*
3  Gabriella Pedone (State Bar No. 308384)
    *gap@manningllp.com*
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  One California Street, Suite 900
   San Francisco, California 94111
6  Telephone: (415) 217-6990
   Facsimile: (415) 217-6999
7
   Attorneys for Defendant, TARGET
8  CORPORATION

9                **UNITED STATES DISTRICT COURT**

10      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

11

12  BRYON JACKSON,                          Case No. 3:21-cv-08458-LB

13              Plaintiff,                   (State Court Case No. RG21110499)

14      v.                                   **JOINT CASE MANAGEMENT**
                                             **STATEMENT**
15  TARGET CORPORATION,
                                             Judge:   Hon. Hon. Laurel Beeler
16              Defendant.                   Date:    June 23, 2022
                                             Time:    11:00 am
17                                           Dept.    Courtroom B, 15th Floor

18

19         Defendant hereby submits this Rule 26(f) Conference Report pursuant to this Court's

20  Order dated June 7, 2021.

21         1.    **Jurisdiction and Service:**  All known parties have been served. Jurisdiction is

22  based on a diversity jurisdiction under 28 U.S.C. §1331 and §1343.

23         2.    **Facts:**  This is an assault and battery case.  Plaintiff Bryon Jackson alleges he

24  suffered injuries when a Target employee deliberately hit him with a trolley on July 7, 2021, at the

25  Target Store located at 2700 Fifth Street, Alameda, California 94501.  Plaintiff seeks monetary

26  damages for general and punitive damages.  Target disputes that its employee caused a trolley to

27  come into contact with Plaintiff and disputes the nature and extent of Plaintiff's injuries.

28  ///

///

3. **Legal Issues:**

(a)   Whether Target's employee caused Plaintiff to be touched with the intent to harm or offend him;

(b)   Whether Plaintiff reasonably believed that he was about to be touched in a harmful manner;

(c)   Whether Plaintiff was harmed by Defendant's conduct;

(d)   Whether a reasonable person in Plaintiff's situation would have been offended by the touching.

(e)   Whether Plaintiff suffered any injury as a result of the touching.

4. **Motions:**  Defendant may file a motion for summary judgment. Defendant as filed a Motion to Dismiss.  Both parties anticipate filing motions in limine at the time of trial.

5. **Amendment of Pleadings:**   None known.

6. **Evidence Preservation:**  Both parties will retain all relevant evidence and until specific discovery requests are made.  Discovery is ongoing.

7. **Disclosures:**   Both parties are still accumulating documentation and will exchange all initial disclosure materials by July 16, 2022.

8. **Protective Orders for Discovery:**   Both parties willing to stipulate to the use of the Northern District Model Protective Order.

**Discovery Plan:**  Based on the FRCP 26(f),  Both parties believe that each party is entitled to 25 interrogatories. There should be no limit to the number of Requests for Production and all documents produced should be bates stamped starting at JAC-0001 for Plaintiff, and TAR-0001 for Defendant Target Corporation, so as to identify the party producing them.  All other discovery is to be conducted pursuant to the Federal Rules of Civil Procedure.

9. **Class Actions:**  This is not a class action.

10. **Related Cases:**   At this time there are no related cases.

11. **Relief:**   Plaintiff seeks general and punitive damages as alleged in the Complaint.

12. **Settlement and ADR:**   Defendant is willing to engage in mediation.

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1        13.     **Consent to Magistrate Judge for All Purposes**:   The parties consent to

2 proceeding before a Magistrate Judge. Defendant has consented to proceeding before a Magistrate

3 Judge.

4        14.     **Other References**:  The case is not suitable for reference to binding arbitration, a

5 special master, or the Judicial Panel on Multidistrict Litigation.

6        15.     **Narrowing of Issues**:  Defendant has filed a motion to strike Plaintiff's prayer for

7 punitive damages.

8        16.     **Expedited Schedule:**  Not applicable.

9        17.     **Scheduling:**

10 Proposed Dates

11 a.     Fact discovery cutoff:           12/23/22

12 b.     Expert disclosure deadline:      2/24/23

13 c,     Last day to file dispositive motions:   3/24/23

14 d.     Completion of expert discovery     5/30/23

15 e.     Pretrial conference:           6/16/2023

16 f.     Trial date:                  7/17/2023

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

18. **Trial:**  Defendant requests a jury trial.  Trial is estimated to last 4 days.

19. **Disclosure of Non-party Interested Entities or Persons:**   There are no non-party interests that the Defendant is aware of at this time.

20. **Professional Conduct:**  Both parties' attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

21. **Other Matters:**  None.

DATED:  June 17, 2022                          **MANNING & KASS**
                                               **ELLROD, RAMIREZ, TRESTER LLP**


                                               By:  _____/s/ *David V. Roth*_____
                                                     David V. Roth
                                                     Attorneys for Defendant, TARGET
                                                     CORPORATION

DATED:  June 17, 2022



                                               By:  _____/s/ Bryon Jackson_____
                                                     Bryon Jackson
                                                     Plaintiff in Propria Persona

1

## <u>PROOF OF SERVICE</u>

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

4

5

On June 17, 2022, I served true copies of the following document(s) described as **JOINT CASE MANAGEMENT STATEMENT** on the interested parties in this action as follows:

6

### SEE ATTACHED SERVICE LIST

7

8

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

9

10

11

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

12

13

Executed on June 17, 2022, at Los Angeles, California.

14

15

/s/ Sandra Alarcon
Sandra Alarcon

16

17

18

19

20

21

22

23

24

25

26

27

28

**SERVICE LIST**
**Jackson v. Target Corp; Case No. 3:21-CV-08458-LB**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Chandra Ann Carr**
  czc@manningllp.com,dvr@manningllp.com,dln@manningllp.com

- **Bryon U Jackson**
  zaqw1478@hotmail.com