David V. Roth (State Bar No. 194648)
  dvr@manningllp.com
Chandra Carr (State Bar No. 315259)
  czc@manningllp.com
Gabriella Pedone (State Bar No. 308384)
  gap@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant, TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>         Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>         Defendant. | Case No. 3:21-cv-08458-LB<br><br>(State Court Case No. RG21110499)<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD OF CHANDRA CARR** |

PLEASE TAKE NOTICE that Counsel for Defendant TARGET CORPORATION Chandra Carr, hereby makes the Notice of Withdrawal and withdraws as counsel of record in the above-entitled matter.

DATED:  August 8, 2022                 **MANNING & KASS**
                                        **ELLROD, RAMIREZ, TRESTER LLP**

                                        By: _/s/ Chandra G. Carr_____
                                        Chandra Carr
                                        Attorneys for Defendant, TARGET CORPORATION

Case No. 3:21-cv-08458-LB
**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD OF CHANDRA CARR**

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On August 8, 2022, I served true copies of the following document(s) described as **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD OF CHANDRA CARR** on the interested parties in this action as follows:

Bryon Jackson                                   **Plaintiff, In Pro Per**
1350 Marina Village Parkway
Alameda, CA 94501
Tel: (201) 776-4282
Email: zaqw1478@hotmail.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 8, 2022, at Los Angeles, California.

*Julie Contreras*
_____
Julie Contreras