David V. Roth (State Bar No. 194648)
 *dvr@manningllp.com*
Chandra Carr (State Bar No. 315259)
 *czc@manningllp.com*
Gabriella Pedone (State Bar No. 308384)
 *gap@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant, TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>        Defendant. | Case No. 3:21-cv-08458-LB<br><br>(State Court Case No. RG21110499)<br><br>**NOTICE OF APPEARANCE OF COUNSEL DAVID V. ROTH** |

PLEASE TAKE NOTICE that David V. Roth, Esq., of Manning & Kass, Ellrod, Ramirez, Trester LLP, One California Street, Suite 900, hereby makes this Notice of Appearance and appears as counsel, on behalf of Defendant TARGET CORPORATION and requests he be included in all communications from the Court and counsel regarding this case at the following address:

> David V. Roth, Esq.
> dvr@manningllp.com
> Manning & Kass, Ellrod, Ramirez, Trester LLP
> One California St., Suite 900
> San Francisco, CA 94111
> Tel: 415-217-6990
> Fax: 415-217-6999

/ / /

/ / /

---

Case No. 3:21-cv-08458-LB

**NOTICE OF APPEARANCE OF COUNSEL DAVID V. ROTH**

1  DATED:  August 8, 2022    **MANNING & KASS**
                              **ELLROD, RAMIREZ, TRESTER LLP**

                              By:    /s/ David V. Roth
                              David V. Roth
                              Attorneys for Defendant, TARGET
                              CORPORATION

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On August 8, 2022, I served true copies of the following document(s) described as **NOTICE OF APPEARANCE OF COUNSEL DAVID V. ROTH** on the interested parties in this action as follows:

Bryon Jackson                                   **Plaintiff, In Pro Per**
1350 Marina Village Parkway
Alameda, CA 94501
Tel: (201) 776-4282
Email: zaqw1478@hotmail.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 8, 2022, at Los Angeles, California.

*Julie Contreras*
Julie Contreras