UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 7, 2022 | **Time:** 2 Hours | **Judge:** ALEX G. TSE |
|---|---|---|
| **Case No.:** 21-cv-08458-LB | **Case Name:** Jackson v. Target Corporaton | |

**Pro Se Plaintiff:** Bryon Jackson
**Attorneys for Defendant:** David Roth and Gabriella Pedone

**Deputy Clerk:** Stephen Ybarra                    **Court Reporter:** Not Reported

### PROCEEDINGS

SETTLEMENT CONFERENCE – held via Zoom

**Notes:** Case did not settle.