1   David V. Roth (State Bar No. 194648)
      *dvr@manningllp.com*
2   Chandra Carr (State Bar No. 315259)
    Gabriella Pedone (State Bar No. 308384)
3     *czc@manningllp.com*
    **MANNING & KASS**
4   **ELLROD, RAMIREZ, TRESTER LLP**
    One California Street, Suite 900
5   San Francisco, California 94111
    Telephone: (415) 217-6990
6   Facsimile: (415) 217-6999

7   Attorneys for Defendant, TARGET
    CORPORATION

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11

BRYON JACKSON,

Case No. 3:21-cv-08458-LB

12

             Plaintiff,

13
                                        **UPDATED JOINT CASE
                                        MANAGEMENT STATEMENT**
     v.

14

TARGET CORPORATION,

Judge:   Hon. Laurel Beeler
15                                      Date:    September 29, 2022
                                        Time:    8:30 am
             Defendant.                 Dept.    Courtroom B. 15th Floor
16

17

18

19        Defendant hereby submits this Rule 26(f) Conference Report (Updated Joint

20   Case Management Statement) pursuant to this Court's Order dated June 7, 2021.

21        1.    **Jurisdiction and Service:**  All known parties have been served.

22   Jurisdiction is based on a diversity jurisdiction under 28 U.S.C. §1331 and §1343.

23        2.    **Facts:**  This is an assault and battery case.  Plaintiff Bryon Jackson

24   alleges he suffered injuries when a Target employee deliberately hit him with a

25   trolley on July 7, 2021, at the Target Store located at 2700 Fifth Street, Alameda,

26   California 94501.  Plaintiff seeks monetary damages for general and punitive

27   damages.  Target disputes that its employee caused a trolley to come into contact

28   with Plaintiff and disputes the nature and extent of Plaintiff's injuries.

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

1   ///

2   ///

3.   **Legal Issues:**

(a)   Whether Target's employee caused Plaintiff to be touched with the intent to harm or offend him;

(b)   Whether Plaintiff reasonably believed that he was about to be touched in a harmful manner;

(c)   Whether Plaintiff was harmed by Defendant's conduct;

(d)   Whether a reasonable person in Plaintiff's situation would have been offended by the touching.

(e)   Whether Plaintiff suffered any injury as a result of the touching.

4.   **Motions:**  Defendant may file a motion for summary judgment. Defendant as filed a Motion to Dismiss.  Both parties anticipate filing motions in limine at the time of trial.

5.   **Amendment of Pleadings:**   None known.

6.   **Evidence Preservation:**  Both parties will retain all relevant evidence and until specific discovery requests are made.  Discovery is ongoing.

7.   **Disclosures:**   Parties have exchanged all initial disclosure materials.

8.   **Protective Orders for Discovery:**   Both parties willing to stipulate to the use of the Northern District Model Protective Order.

**Discovery Plan:**  Based on the FRCP 26(f),  Both parties believe that each party is entitled to 25 interrogatories. There should be no limit to the number of Requests for Production and all documents produced should be bates stamped starting at JAC-0001 for Plaintiff, and TAR-0001 for Defendant Target Corporation, so as to identify the party producing them.  All other discovery is to be conducted pursuant to the Federal Rules of Civil Procedure.

9.   **Class Actions:**  This is not a class action.

10.   **Related Cases:**   At this time there are no related cases.

11.   **Relief:**   Plaintiff seeks general and punitive damages as alleged in the Complaint.

12.   **Settlement and ADR:**   On September 7, 2022 the Parties attended a settlement conference before Hon. Tse. The case did not settle.

13.   **Consent to Magistrate Judge for All Purposes**:   The parties consent to proceeding before a Magistrate Judge. Defendant has consented to proceeding before a Magistrate Judge.

14.   **Other References**:   The case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.   **Narrowing of Issues**:   Defendant has filed a motion to strike Plaintiff's prayer for punitive damages.

16.   **Expedited Schedule:**   Not applicable.

On March 24, 2022 the court held a case management conference and set the following dates:

a.   Fact discovery cutoff:                         12/23/22

b.   Expert disclosure deadline:                  2/24/23

c.   Rebuttal                                    3/24/23

d.   Expert cut-off                              5/30/23

e.   Last day to file dispositive motions:      4/6/23

f.   Completion of expert discovery            5/30/23

g.   Pretrial filings due:                       6/15/23

h.   Pretrial conference:                        7/6/2023

i.   Trial date:                                 7/17/2023

17.   **Trial:**   The Court set Trial to last 4 days.

18.   **Disclosure of Non-party Interested Entities or Persons:**   There are no non-party interests that the Defendant is aware of at this time.

**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

1    19.    **Professional Conduct:**  Both parties' attorneys of record for the parties

2 have reviewed the Guidelines for Professional Conduct for the Northern District of

3 California.

4    20.    **Other Matters:**  None.

5

DATED:  September 22, 2022    **MANNING & KASS**
6                                                    **ELLROD, RAMIREZ, TRESTER LLP**

7

8

9                                  By:    /s/ *David V. Roth*

10                                         David V. Roth
                                           Attorneys for Defendant, TARGET
11                                         CORPORATION

12

DATED: September 22, 2022
13

14

15                                 By:    /s/ Bryon Jackson

16                                        Bryon Jackson
                                          Plaintiff in Propria Persona
17

18

19

20

21

22

23

24

25

26

27

28

4863-4775-0152.2                          4                    Case No. 3:21-cv-08458-LB
**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On September 22, 2022, I served true copies of the following document(s) described as **UPDATED JOINT CASE MANAGEMENT STATEMENT** on the interested parties in this action as follows:

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bryon U Jackson**
  zaqw1478@hotmail.com

- **Gabriella Alexandra Pedone**
  gpedone@slpattorney.com,pshahian@slpattorney.com

- **David Vincent Roth**
  dvr@manningllp.com,dln@manningllp.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 22, 2022, at Los Angeles, California.

/s/ Sandra Alarcon

Sandra Alarcon