**Case number: 3:21-cv-08458-LB Jackson v Target Corporation**

Dear Hon. Alex G. Tse,

I would like to apply to the Alameda Superior Court to appoint me a FREE counsel because I am NOT an attorney, I am only a PRO SEE who needs help preparing for this trial and for trying this case against the defendant who has a wealth of legal expert.

I am not working and do NOT have the financial to hire a lawyer to help me with this case therefore I am asking you to please appoint me a free attorney.


Bryon