UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON U JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>TARGET CORPORATON,<br><br>        Defendant. | Case No.  21-cv-08458-LB<br><br>**CLERK'S NOTICE RESETTING MOTION HEARING** |

YOU ARE NOTIFIED THAT the motion hearing has been rescheduled to **January 19, 2023 at 9:30 a.m.** before the Honorable Laurel Beeler. Responses due by 12/27/2022. Replies due by 1/3/2023.  The previous hearing on **January 5, 2023 at 9:00 a.m. VACATED**. **This hearing will be held via a Zoom webinar**.

**Webinar Access**: All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/lb.

**Zoom Webinar ID**: 161 469 8626, **Password**: 546984

Mark B. Busby
Clerk, United States District Court

Dated: December 12, 2022

By: _____
Elaine Kabiling, Deputy Clerk to the
Honorable LAUREL BEELER

CLERK'S NOTICE 21-cv-08458-LB