Dear Hon. Judge,

Case Number: **3:21-cv-08458-LB Jackson v Target Corporation**

Subject: **PLAINTIFFS' OPPOSITION TO ANY MOTION FOR FEES AND PENALTIES SEEK BY DEFENDANT IN THIS CASE**.

I would like to file a motion in Opposition for any Fee and Penalties Defendant (Target Corporation) seek in this case if I am NOT successful in this case.

I was assaulted by the Defendant (Target Corporation) employee and only seeking justice in court, which I am entitled to.

Bryon Jackson, PRO SE