1  Bryon Jackson, PRO SE
2  aqw1478@hotmail.com
   1350 Marina Village Parkway
   Alameda, CA 94501

3  (201)-776-4282

4

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

Target Corporation,

        Defendant.

    v.

Bryon Jackson, PRO SE,

        Plaintiff.

**Case No. 3:21-cv-08458-LB**

**PLAINTIFF'S OPPOSITION TO MOTION TO DEFDANT'S REQUEST TO OPPOSE PLAINTIFF'S MOTIONS AND EQUEST FOR MONETARY SANSTIONS IN THE SUM OF $1,000.00**

Case No. 3:21-cv-08458-LB
**PLAINTIFF'S OPPOSITION TO MOTION TO DEFDANT'S REQUEST TO OPPOSE PLAINTIFF'S MOTIONS AND EQUEST FOR MONETARY SANSTIONS IN THE SUM OF $1,000.00**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF THE RECORDS**:

Plaintiff, BRYON JACKSON-PRO SE, a California Resident ("Plaintiff") hereby submits the following

Opposition to Defendant's Motion and request for sanctions. Plaintiffs is entitled to get Deposition of

Target Corporation and All Target's Witnesses Plus the Security Team. Plaintiff needs to take Deposition

of the Defendant witnesses because the Plaintiff has Factual evidence to establish proof that the witnesses

we're present, and the live video was tampered with.

## MEMORANDUM OF POINTS AND AUTHORITIES
### I. INTRODUCTION

The Plaintiff's MTC is in good faith comply with all requirements of a noticed motion set

forth under Civil L.R. 7-1 & 7.2, because the "General Orders" are made by the Chief Judge

or by the Court relating to Court administration. Plaintiff proposed a date, and it was approved by the

Judge. Plaintiffs comply with Federal Rules of Civil Procedure 30 & 37, the general orders and

standing orders because this motion was filed in good faith to obtain the disclosure since

Plaintiff has strong evidence that the Defendant's witnesses did NOT see the Assault and Battery.

Plaintiff acted in good faith and provided sufficient noticed on motion because

Plaintiff is a PRO SE and NOT a trained attorney. Plaintiffs provided enough evidentiary basis in

support to show good faith and enough notice in these depositions.  This is because Plaintiff is NOT

a trained attorney and only acting in good faith to get justice for an outrageous Assault and Battery.

Plaintiff clearly state that he intends to depose all Defendant witnesses including Security Team

responsible for the live Video. Plaintiffs need to depose all Defendant witnesses because

none were present at the Assault and Battery that can be seen on live Camera and Plaintiff believes

Defendant tampered with the Live Video.

**Plaintiff's MTC should NOT be denied**

## II. OBJECTION, "PLAINTIFF'S ARGUMENTS IS NOT ILLEGAL"

### A. Plaintiff Has NOT Disregarded Basic Principles of Motion Practice Under the Local Rules 7-1, 7-2, 7-3, 7-4 & 7-5, The Court's Standing Order and General Orders, and Based Thereon Plaintiff's MTCs Must NOT Be Denied

Plaintiff's MTC is in good faith and the motion request has reference of the case number.

Plaintiffs is a PRO SE and NOT a trained attorney. Plaintiff is willing to give the Defendants more time to depose all witnesses and Security Team who oversees the live video.

Plaintiff's is acting in good faith and only objective is to seek the truth by deposing the witnesses.

Plaintiff is NOT a trained attorney and willing to accept a free attorney from the court.

Motion. Fed. R. Civ. P. 6(d), which extends deadlines that are tied to service (As opposed to filing), does not apply, and thus does not extend this deadline.

OBJECTION, Plaintiff is acting in good faith. Plaintiff is NOT an attorney and only objective is to seek the truth and nothing but the truth.

**Plaintiff's MTC is in good faith and therefore, Plaintiff's MTC should NOT be denied.**

---

3     Case No. 3:21-cv-08458-LB
**PLAINTIFF'S OPPOSITION TO MOTION TO DEFDANT'S REQUEST TO OPPOSE PLAINTIFF'S MOTIONS AND EQUEST FOR MONETARY SANSTIONS IN THE SUM OF $1,000.00**

### B. OBJECTION, PLAINTIFF IS WILLING TO MEET AND CONFER

Plaintiff is acting in good faith to depose all Defendants witnesses. Plaintiff's only objective is to seek the truth.

Plaintiff is willing to confer with the defendant legal team anytime.

Plaintiff is willing to meet and confer with Defendant anytime to arrange a meeting that suits the defendants time to depose the Defendants witnesses.

Plaintiff is NOT an attorney and is acting in good faith. Once again, the Plaintiff is willing to accept an

7   attorney ordered by the court to depose the Defendants witnesses, as the Defendant chooses. Plaintiff's only

8   objective is to seek the truth and nothing but the truth from the Defendant's witnesses.

9   Plaintiff's motion is in good faith.

**10      The Plaintiff's Motion should NOT be denied.**

**11      III.  OBJECTION, THERE SHOULD BE NO SANCTIONS AGAINST PLAINTIFF**

12       Plaintiff's motion is brought in good faith. Plaintiff's only objective is to seek the truth and

13   nothing but the truth. Plaintiff is NOT a trained attorney only a PRO-SE who is willing to

14   confer with the Defendant team at any time to depose all defendant witnesses to seek the truth.

15       Plaintiff is only acting in good faith as Plaintiff's only objective is to seek the truth.

16  Plaintiff is willing to meet and confer at the earliest date to depose Defendant's witnesses.

17  Plaintiff is POOR, does NOT have a job in months and NOT able to pay attorney's fees.

18  Plaintiffs believes this motion is justified because Plaintiff's is in good faith and only seeks the truth.

19

## IV. CONCLUSION

Based on the forgoing, Plaintiff respectfully requested that this motion to be granted and that the Plaintiff NOT be sanctioned.

DATED: December 26th, 2022,    **BRYON JACKSON**
                                **PRO SE**


By:    **/s/ Bryon Jackson**
        PRO SE for Plaintiff

---

5                                            Case No. 3:21-cv-08458-LB

**PLAINTIFF'S OPPOSITION TO MOTION TO DEFDANT'S REQUEST TO OPPOSE PLAINTIFF'S MOTIONS AND EQUEST FOR MONETARY SANSTIONS IN THE SUM OF $1,000.00**

### DECLARATION OF BRYON JACKSON

I, BRYON JACKSON, do declare and state:

1. I am NOT an attorney and only a PRO SE.
2. I submit this Declaration in opposition of Defendant opposition to Plaintiff Motion to depose Defendants witnesses and Security Team responsible for the Live Video.
3. Plaintiff is willing to meet and confer in future with defendant, to agree with filing of this motion.
4. Plaintiff's only objective is to seek the truth and nothing but the truth.
5. Plaintiff only acting in good faith and the objective of this motion is only to seek the truth.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26th day of December 2022, at Alameda, California.

16
17
18
19
20
21    ___/s/Bryon Jackson_____
22
23                Bryon Jackson
24
25
26
27

# PROOF OF SERVICE

## Case No. 3:21-cv-08458-LB

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action. I am in the County of Alameda, State of California. My business address is 1350 Marina Village Parkway, Alameda, CA 94501.

On December 26th, 2022, I served true copies of the following document(s) described as **PLAINTIFF'S OPPOSITION TO DEFENDANTS' REQUEST TO OPPOSE PLAINTIFF'S MOTIONS AND REQUEST FOR MONETARY SANCTIONS IN THE SUM OF $1,000.00 AGAINST DEFENDANT DECLARATION OF BRYON JACKSON IN SUPPORT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of **Manning & Kass Ellrod, Ramirez, Trester LLP** for collecting and processing correspondence for mailing. On the same day that corresponding in placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Alameda, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 26th, 2022, at Alameda, California.

*M. Henry*
Mike Henry

6 | Case No. 3:21-cv-08458-LB
---|---

**PLAINTIFF'S OPPOSITION TO MOTION TO DEFDANT'S REQUEST TO OPPOSE PLAINTIFF'S MOTIONS AND EQUEST FOR MONETARY SANSTIONS IN THE SUM OF $1,000.00**