UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BRYON U JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATON,<br><br>　　　　　Defendant. | Case No. 21-cv-08458-LB<br><br>**DISCOVERY ORDER** |

The court denies the plaintiff's pending discovery motions without prejudice and orders the parties to comply with the dispute procedures in the undersigned's standing order (attached). The procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

**IT IS SO ORDERED.**

Dated:  December 29, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER – No. 21-cv-08458-LB