David V. Roth (State Bar No. 194648)
 *david.roth@manningkass.com*
Gabriella Pedone (State Bar No. 308384)
 *gabriella.pedone@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant, TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>(State Court Case No. RG21110499)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TARGET CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>[*Filed concurrently with Defendant's Motion for Summary Judgment and Declaration of Gabriella Pedone*]<br><br>Hearing Date:  April 6, 2023<br>Time:          9:30 a.m.<br>Dept.:         Courtroom B<br>Judge:         Hon. Laurel Beeler |

After reading and considering the papers filed in support of and in opposition to the motion of Defendant TARGET CORPORATION's Motion for Summary Judgment and/or Summary Adjudication on Plaintiff's Complaint, and good cause appearing, Defendants' motion for summary judgment is GRANTED, in its entirety.

IT IS SO ORDERED.

DATED:  April 6, 2023

_____
HONORABLE LAUREL BEELER