1  Bryon Jackson, PRO SE
2  1350 Marina Village Parkway # 433
3  Alameda, California 94501
4  Telephone: (201) 776-4282
6
7

8                    **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11  BRYON JACKSON,                     Case No. 3:21-cv-08458-LB

12            Plaintiff,               (State Court Case No. RG21110499)

13       v.                           **PLAINTIFF BRYON JACKSON'S REPLY IN SUPPORT**
                                       **OF MOTION FOR NO SUMMARY**
14  TARGET CORPORATION,                **JUDGMENT, OR ALTERNATIVELY,**

15            Defendant.               **SUMMARY ADJUDICATION**

16                                     Hearing Date:    April 20, 2023
                                       Time:            9:30 a.m.
17                                     Dept.:           Courtroom B
                                       Judge:           Hon. Laurel Beeler
18

19

20  **TO PLAINTIFF BRYON JACKSON AND HIS ATTORNEYS OF RECORD:**

21       Plaintiff, Bryon Jackson ("Plaintiff") hereby submits this Reply in support of its

22  Motion for NO Summary Judgment, or Alternatively, Summary Adjudication. As set forth herein,

23  Plaintiff submits that Defendant has failed to disproof the evidence of Assault and Battery in this case

24  And failed to disproof the material fact for trial and, accordingly, the motion for summary judgement.

25  should NOT be granted.

26

27

28
                                                              Case No. 3:21-cv-08458-LB
        **PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR NO SUMMARY**
             **JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**

DATED:  April 7, 2023

By: _____/s/ Bryon Jackson, PRO SE_____

Bryon Jackson, PRO SE

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR NO SUMMARY**
**JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**

# TABLE OF CONTENTS

MEMORANDUM OF POINTS AND AUTHORITIES ................................................................ 4

I.    INTRODUCTION ................................................................................................... 4

II.   PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EVIDENCE ......................................... 5

III. THE MATERIAL FACTS BEFORE THE COURT AND NO SUMMARY JUDGMENT IS PROPER
AND WARRANTED
      ........................................................................................................12

A.    OBJECTION to Defendant, Plaintiff Has Evidence to Support Intentionality Of
Assault Or Battery .............................................................................................. 5

B.    OBJECTION, Plaintiff Has Set Forth Evidence That Defendant Is Liable for Its
Employee's Alleged Intentional Tort .......................................................................... 5

C.    Objection, Plaintiff Establish A Claim For Damages ........................................... 5

III. OBJECTION, PLAINTIFF ESTABLISH VIABLE CLAIM AND HAS RAISE
MATERIAL FACT

IV.CONCLUSION        ................................................................... 7

Case No. 3:21-cv-08458-LB
**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR NO SUMMARY
JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**

) Plaintiff include attached evidence of

8   injures by Defendant's acts or sustained damages from the this "Assault and Battery" incident, with Medical

9   Record and Pre**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. INTRODUCTION

Plaintiff once again, as is genuine dispute of material fact because Plaintiff's was Intentionally "HIT" or Recklessly Touched without permission by Defendant's employee,

10  Medical Record_From the last

(2) Defendant is liable for its employee, s alleged intentional tort; and (

11  Plaintiff is seeking to recover the following damages:

12      a) Lifetime treatment: $350,000.00

b) Pain and Suffering: $1,500,000.00

c) Loss of Enjoyment of life: $500,000.00

13  **Total $2,350,000.00**

14  Defendant is still withholding some evidence of Live Video Inside store of the "HIT" or Reckless Touching.

15  The Plaintiff will subpoena the entire live Video inside the coffee shop shown at the Deposition, that was

16  CUT just before the "HIT" or touching, for trial. The Defendant is intentionally "HIDING" this evidence.

11  The Live Video shows how Defendant's employee "HIT" Plaintiff with the trolley cart intentionally.

12  The Live Video inside the Coffee shop that the Defendant is intentionally HIDING will show the Defendant acting reckless within the scope of her employment when she committed acts against Plaintiff.

13  Defendant is vicariously liable for Plaintiff's injuries. Medical Report in attached in Exabits.

14  Plaintiff sustained a HIT to Right Kidney and as a result is experiencing daily stinging pain to Right Kidney that runs down to the bottom of his right feet. Plaintiff went to the doctor on January 3[st], 2023, due to excoriating pain and was prescribed medication (Gabapentin 300 mg Capsule), (Cyclobenzaprine 5mg tablet), (Naproxen 500mg tablet) currently taking all daily per Doctor's

15  order.

4                    Case No. 3:21-cv-08458-LB

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR NO SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**

## II. OBJECTIONS TO STATEMENT OF ISSUES

1

2   There is NO statement of issues. The Plaintiff proof there was "Intent" and "Assault and Battery" by the Defendant beyond a

4  Plaintiff proof "Intent" and "Assault and Battery" of the Defendant with references from deposition testimony.

5 All the Facts of the "Assault and Battery" incident are in the deposition testimony.

6 The Defendant, "FAILED" to make any NEW legal argument to clearly articulate a legal defense to this
Intentional "HIT" or Reckless Touching by employee but choose to HIDE key evidence of the live Video inside the
Coffee Shop. Plaintiff will have NO other option but to subpoena this Live Video as more evidence for the Trial.

7

8         **IV. OBJECTION, THERE IS MATERIAL FACTS**

9    NO, Summary judgment is appropriate because there are material facts established as indicated by the Law.

10 **A. <u>Objection, Defendant "FAILED" to Establish that Plaintiff Has NO Evident to Support Intentionality of</u>**

**<u>Assault or Battery</u>**

11    Plaintiff offered clear evidence to support allegations that Defendant's employee *intentionally* hit him with a

12 trolley cart. Plaintiffs already proof evidence to show the intentional HIT by the Defendant.

13 Defendant "FAILED" to articulate and NEW Legal argument to disprove Plaintiff proof of Intent of

14 "Assault and Battery" incident by the Defendant.

15 "As a general rule, California law recognizes that '. . . every person is presumed to intend the natural and

16 probable consequences of his acts.'

17

18 **B. <u>Objection, Defendant is liable for Its Employee's Alleged Intentional Tort</u>**

19 Defendant is liable for the alleged intentional tort caused by its employee because this "Intentional HIT" or

20 Reckless Touching, "Assault and Battery" was within the scope of employee's employment, of pushing a

21 Troller on the job. The act of Intentionally HITTING or Recklessly Touching the Plaintiff was a malicious act.

22 Therefore, the Defendant is liable for Its Employee's Alleged Intentional Tort.

23

24 **C. <u>Objection, Plaintiff Has Establish A Claim For Damages</u>**

25 The Plaintiff Total Claim for Damages is $2,350,000.00

26

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR NO SUMMARY JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**

1

2

3

## V. OBJECTION, PLAINTIFF HAS ESTABLISH MATERIAL FACTS

Plaintiff has provide significantly evidence to proof "Assault and Battery" with Intent. The Facts are clear in this case

4 The Defendant is unable to articulate any NEW legal evident to disproof Plaintiff proof of Assault and Battery.

5 The Defendant only strategy is to intentionally withhold additional evidence of the LIVE VIDEO inside the Coffee

6 shop. The Defendant fails to provide or articulate and new legal arguments to disproof plaintiff proof of "Assault and Battery".

7

8

9

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR NO SUMMARY
JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**

## VI.     CONCLUSION

Accordingly, for all the foregoing reasons, Plaintiff submits that Defendant has "FAILED" to

carry his burden of evidence demonstrating that Defendant is entitled to relief on any of Defendant's

claims and, therefore, NO motion for summary judgment should be granted.

DATED:  April 7, 2023

By:  _____/s/ Bryon Jackson, PRO SE_____
Bryon Jackson, PRO SE

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR NO SUMMARY
JUDGMENT, OR ALTERNATIVELY, SUMMARY ADJUDICATION**