# Prescriptions

## Gabapentin 300mg capsule
**Prescribed 1/31/2023**

Take 1 capsule by mouth every 12 hours

## Cyclobenzaprine 5mg tablet
**Prescribed 1/31/2023**

Take 5 mg by mouth at night for 14 days As needed for muscle spasm This medication causes drowsiness/dizziness - do NOT take before driving a car, operating machinery, with alcohol or other CNS depressants.

## Naproxen 500mg tablet
**Prescribed 1/31/2023**

Take 500 mg by mouth every 12 hours As needed for lower back pain