

Carbon Health
2920 Telegraph Ave
Berkeley, CA 94705

Digital Radiography read by
Braid Medical Group

Main Line: 15106863621
Fax: 888-972-1912

**PATIENT NAME:** Bryon Jackson

| ID NUMBER | DOB/SEX | DATE OF SERVICE |
|---|---|---|
| 6143432 | 1966-07-17/Unknown | 2/3/2023 |

Provider:
**Tyson Buis, NP**

Performed at:
**CARBON HEALTH**

Digital Radiography performed:
**Lower Back pain initial  Trauma incident x 2 years**

**Clinical History:** N/A
**Comparison:** None
**Technique:** Lower Back pain initial  Trauma incident x 2 years

FINDINGS:
There is no radiographic evidence of acute fracture.
There are no gross lytic or blastic lesions in the bones.
There is no acute abnormality of alignment.

IMPRESSION:
No acute displaced fracture lumbar spine

Mild multilevel DJD lumbar spine.

Report electronically signed by: Jay S Park, DO at 15:21 GMT-8.





Scan to see visual report



L-SPINE RT OBL



L-SPINE LAT



L-SPINE AP

