Name: **Bryon Jackson, PRO SE**

Address: 1350 Marina Village Parkway # 433

Alameda, California 94501

Tel: (201) 776-4282

Email: zaqw1478@hotmail.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON, )  | |
| Plaintiff, ) | |
| v ) | Case No.: **3:21-cv-08458-LB** |
| TARGET CORPORATION, ) | NOTICE TO ATTEND HEARING OR TRIAL |
| Defendant, ) | AND BRING DOCUMENTS |
| ) | |

TO PETITIONER/RESPONDENT/OTHER PARTY (circle one), **David Roth & Gabriella Pedone** (name) AND THEIR ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that Petitioner/Respondent/Other Party (circle one) **Target Security Team Head** is required to attend hearing or trial before the above-entitled Court, located in **San Francisco - Videoconference Only**, on **April 20, 2023 & Future Trial dates** at **9:30am**, in Dept. **Courtroom B** to testify as a witness in this action.

Petitioner/Respondent/Other Party (circle one) has in their possession or control the items listed below: (list the documents, papers, or written communications you want the other party to bring to court.)

1. **NON-EDITED LIVE VIDEO TAPE (TAPED INSIDE THE STARBUCKS COFFEE SHOP-10 MINS BEFORE AND AFTER INCIDENT)**_____.
-

NOTICE TO ATTEND HEARING OR TRIAL AND PRODUCE DOCUMENTS - 1

2. _____
_____.

3. _____
_____.

Date: 04/08/2023

_____
Name: Bryon Jackson, PRO SE

NOTICE TO ATTEND HEARING OR TRIAL AND PRODUCE DOCUMENTS - 2