David V. Roth (State Bar No. 194648)
  david.roth@manningkass.com
Gabriella Pedone (State Bar No. 308384)
  gabriella.pedone@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant, TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No. 3:21-cv-08458-LB<br><br>(State Court Case No. RG21110499)<br><br>**DEFENDANT'S MOTION TO CONTINUE HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT**<br><br>[Motion for Administrative Relief]<br><br>Filed concurrently with:<br>1.　Declaration of David V. Roth<br>2.　[Proposed] Order<br><br>Dept.:　　Courtroom B<br>Judge:　　Hon. Laurel Beeler |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　Pursuant to Civil Local Rules 7-7 and 7-11, and Federal Rules of Civil Procedure ("FRCP") 16(b)(4), Defendant TARGET CORPORATION ("Defendant"), through undersigned counsel, moves to continue the hearing date for Defendant's Motion for Summary Judgment from May 11, 2023 to May 18, 2023, or any other date selected by the Court, due to the unavailability of Defense Counsel, Mr. David V. Roth ("Mr. Roth").

On April 26, 2023, the Court, on its own motion, reset the hearing date for Defendant's Motion for Summary Judgment from April 27, 2023, to May 11, 2023 at 9:30 a.m. Mr. Roth intended to appear in-person before the Court for this hearing but is unavailable from May 4, 2023 to May 12, 2023, due to a previously scheduled vacation. For this reason, Defendant respectfully requests that the Court reset the Motion for Summary Judgment to the first available motion hearing date of May 18, 2023, or later.

## GOOD CAUSE STATEMENT

Fed. Rules of Civ. Pro. 16(b)(4) provides that a schedule may be modified for good cause and with the judge's consent. Accordingly, Defendant states the following in support of those requirements:

1. Defendant's Lead Counsel, Mr. David Roth is unavailable from May 4, 2023, to May 12, 2023 due to a previously scheduled vacation. (Declaration of David V. Roth [Roth Decl.], ¶ 2.) Mr. Roth's vacation was planned carefully so as not to interfere with the scheduled dates in this matter or his obligations herein. (*Id.*) Mr. Roth did not anticipate that the Court would reset the hearing date to May 11, 2023. (*Id.*)

2. The parties did not have an opportunity to inform the Court of any scheduling conflicts prior to the hearing being reset. (Roth Decl., ¶ 3.)

3. Mr. Roth wishes to argue this matter in-person before the Court. (Roth Decl., ¶ 4.)

4. Plaintiff should not be prejudiced by a brief continuance of the hearing date since all moving and opposing papers are before the Court. (Roth Decl., ¶ 5.)

9. Similarly, the Court should not be prejudiced by a very brief continuance that will not alter any other deadline in the Scheduling Order. (Roth Decl., ¶ 6.)

10. However, should the Court deny Defendant's request for a continuance, Defendant would be severely prejudiced as it would be prevented from having its lead defense counsel argue the motion for summary judgment on its behalf. (Roth Decl., ¶ 7.)

For all of the foregoing reasons, and having shown good cause, Defendant respectfully requests that the Court continue the hearing date for Defendant's Motion for Summary Judgment to May 18, 2023, or any later date as determined by the Court.

DATED: May 1, 2023          MANNING & KASS
                            ELLROD, RAMIREZ, TRESTER LLP


                            By:    /s/ David V. Roth
                                   David V. Roth
                                   Attorneys for Defendant, TARGET
                                   CORPORATION

## DECLARATION OF DAVID V. ROTH

I, David V. Roth, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Manning & Kass, Ellrod, Ramirez, Trester LLP, attorneys of record for Defendant, TARGET CORPORATION. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of DEFENDANT'S TARGET CORPORATION'S MOTION TO CONTINUE HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT.

2. I am unavailable from May 4, 2023, to May 12, 2023, as I will be on vacation. This vacation was scheduled prior to the Court resetting the hearing date. I had planned my vacation around the scheduling order in this case so it would not interfere with the dates in this case or my obligations therein. I did not anticipate that the Court would reset the hearing date for Defendant's Motion for Summary Judgment.

3. The parties did not have an opportunity to inform the Court of any scheduling conflicts prior to the hearing being reset. Otherwise, I would have notified the Court of my unavailability.

4. I would like to appear before the Court and argue this motion in-person, rather than argue remotely on Zoom.

5. Continuing the hearing date should not prejudice Plaintiff since all moving and opposing papers have been filed and are presently before the Court.

6. Similarly, the Court should not be prejudiced since a very brief continuance will not alter any other deadline in this matter.

7. However, Defendant would be greatly prejudiced should the Court deny this request to continue the hearing date, since I am lead defense counsel and would not be able to argue the motion on its behalf.

///

///

///

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.
3   Executed on this 1st day of May, 2023, at San Francisco, California.

                                    /s/ David V. Roth
                                    David V. Roth

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 225 Broadway, Ste 1200, San Diego, CA 92101.

On May 1, 2023, I served true copies of the following document(s) described as:

1. **MOTION TO CONTINUE HEARING**

2. **[PROPOSED[ ORDER**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused for the documents stated above to be electronically filed with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 1, 2023, at San Diego, California.

/s/ Lacey Sipsey
Lacey Sipsey

**SERVICE LIST**
**Jackson v. Target Corp; Case No. 3:21-CV-08458-LB**

Bryon Jackson                                          **Plaintiff, In Pro Per**
1350 Marina Village Parkway
Alameda, CA 94501
Tel: (201) 776-4282
Email: zaqw1478@hotmail.com