# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>        Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>        Defendant. | Case No. 3:21-cv-08458-LB<br><br>(State Court Case No. RG21110499)<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT TARGET CORPORATION'S MOTION TO CONTINUE HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT**<br><br>[Motion for Administrative Relief]<br><br>Dept.:        Courtroom B<br>Judge:        Hon. Laurel Beeler |

After reading and considering the papers filed in support of and in opposition to the motion of Defendant TARGET CORPORATION's Motion to Continue Hearing Date for Motion for Summary Judgment, and good cause appearing,

**IT HEREBY IS ORDERED THAT** Defendant's Motion to Continue Hearing Date for Motion for Summary Judgment is **GRANTED**. The hearing on Defendant's motion for summary judgment is continued from May 11, 2023, to _May 18, 2023_ at _9:30_ a.m. ~~p.m.~~

DATED: _May 3, 2023_

_/s/ LB_

HONORABLE LAUREL BEELER