Bryon Jackson, PRO SE
1350 Marina Village Parkway # 433
Alameda, California 94501
Telephone: (201) 776-4282

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON, | Case No. 3:21-cv-08458-LB |
| Plaintiff, | (State Court Case No. RG21110499) |
| v. | **PLAINTIFF BRYON JACKSON'S REPLY IN SUPPORT OF PLAUSIBLE PLEADS A NEGLIGENCE CLAIM** |
| TARGET CORPORATION, | |
| Defendant. | |
| | Hearing Date:  July 20, 2023<br>Time:          9:30 a.m.<br>Dept.:          Courtroom B<br>Judge:         Hon. Laurel Beeler |

**TO PLAINTIFF BRYON JACKSON AND HIS ATTORNEYS OF RECORD:**

Plaintiff, Bryon Jackson ("Plaintiff") hereby wishes to file this one-page notice of claim for a "Plausible pleads of negligence claim" in the case. The Plaintiff wishes to proceed on this claim.

DATED: July 12, 2023

By: /s/ Bryon Jackson, PRO SE
Bryon Jackson, PRO SE