1  Bryon Jackson, PRO SE
2  1350 Marina Village Parkway # 433
3  Alameda, California 94501
4  Telephone: (201) 776-4282
6
7

8                    **UNITED STATES DISTRICT COURT**

9       **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11  BRYON JACKSON,                    | Case No. 3:21-cv-08458-LB

12              Plaintiff,            | (State Court Case No. RG21110499)

13       v.                          | **PLAINTIFF BRYON JACKSON'S**
                                      | **REPLY IN SUPPORT**
                                      | **OF PLAUSIBLE PLEADS A**
14  TARGET CORPORATION,               | **NEGLIGENCE CLAIM**

15              Defendant.

16                                    | Hearing Date:   July 20, 2023
                                      | Time:           9:30 a.m.
17                                    | Dept.:          Courtroom B
                                      | Judge:          Hon. Laurel Beeler
18

19

20  **TO PLAINTIFF BRYON JACKSON AND HIS ATTORNEYS OF RECORD:**

21
           Plaintiff, Bryon Jackson ("Plaintiff") hereby wishes to file this one-page notice of claim
22  for a "Plausible pleads of negligence claim" in the case.

23
24  The plaintiff was injured in the right Kidney, has medical record and currently taking medical

25  treatments to manage daily pain in the right kidney, that runs down to the Plaintiff bottom of his
26  right feet.
27  The Plaintiff wishes to proceed on this claim.
28

---

                    **PLAINTIFF'S REPLY IN SUPPORT OF PLAUSIBLE PLEADS A**
                                **NEGLIGENCE CLAIM**

DATED:  July 13, 2023

By: _____/s/ Bryon Jackson, PRO SE_____
Bryon Jackson, PRO SE

**PLAINTIFF'S REPLY IN SUPPORT OF PLAUSIBLE PLEADS A
NEGLIGENCE CLAIM**