1  Bryon Jackson, PRO SE
2  1350 Marina Village Parkway # 433
3  Alameda, California 94501
4  Telephone: (201) 776-4282
6
7

8
# UNITED STATES DISTRICT COURT

9
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 | BRYON JACKSON, | Case No. 3:21-cv-08458-LB |

12 |       Plaintiff, | (State Court Case No. RG21110499) |

13 |    v. | **PLAINTIFF BRYON JACKSON'S REPLY IN SUPPORT OF PLAUSIBLE PLEADS A NEGLIGENCE CLAIM** |

14 | TARGET CORPORATION, | |

15 |       Defendant. | |

16 | | Hearing Date:    July 20, 2023 |
17 | | Time:           9:30 a.m. |
   | | Dept.:          Courtroom B |
18 | | Judge:          Hon. Laurel Beeler |

19

20 **TO PLAINTIFF BRYON JACKSON AND HIS ATTORNEYS OF RECORD:**

21
     Plaintiff, Bryon Jackson ("Plaintiff") hereby wishes to file this one-page notice of claim

22 for a "Plausible pleads of negligence claim" in the case.

23
24 The plaintiff was injured in the right Kidney, has medical record and currently taking medical

25 treatments to manage daily pain in the right kidney, that runs down to the Plaintiff bottom of his
26 right feet.
27 The Plaintiff wishes to proceed on this claim.
28

**PLAINTIFF'S REPLY IN SUPPORT OF PLAUSIBLE PLEADS A NEGLIGENCE CLAIM**

1 DATED:  July 13, 2023

2

3

4                                                    By:    ___/s/ Bryon Jackson, PRO SE_____
                                                          Bryon Jackson, PRO SE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF'S REPLY IN SUPPORT OF PLAUSIBLE PLEADS A
NEGLIGENCE CLAIM**