UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYON JACKSON, | ) | |
|     Plaintiff | ) | Case Number: 3:21-cv-08458 LB |
| | ) | |
| v. | ) | ORDER TO LOCATE PRO BONO |
| | ) | COUNSEL; STAYING PROCEEDINGS |
| TARGET CORPORATION, | ) | |
|     Defendant. | ) | |
| | ) | |
| | ) | |

The Plaintiff having requested and being in need of counsel to assist him in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward this order to the Project office. The scope of this referral shall be for:

    ☒ <u>all purposes</u> for the duration of the case, up to and including trial

    ☐ the <u>limited purpose</u> of representing the litigant in the course of

        ☐ mediation

        ☐ early neutral evaluation

        ☐ settlement conference

        ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
    _____

        ☐ discovery as follows:
    _____
    _____

        ☐ other:
    _____
    _____

2. Upon being notified by the Project that an attorney has been located to represent the Plaintiff, that attorney shall be appointed as counsel for Plaintiff in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Plaintiff in this action.

IT IS SO ORDERED.

Dated: July 20, 2023

LAUREL BEELER
United States Magistrate Judge