UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYON JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 3:21-cv-08458-LB |
| | ) | |
| v. | ) | ORDER APPOINTING COUNSEL |
| | ) | |
| TARGET CORPORATION, | ) | |
| Defendant. | ) | |
| | ) | |

    Because the Plaintiff has requested and is in need of counsel to assist him in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, the attorneys listed below are hereby appointed as counsel for Plaintiff in this matter.

Erika H. Warren (SBN 295570)      Warren Lex LLP
Jennifer A. Kash (SBN 203679)      2261 Market St., No. 606
Virginia G. Kain (SBN 344545)      San Francisco, CA 94114-1612

The scope of this referral shall be for:

☒ all purposes for the duration of the case

☐ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☐ discovery as follows:
_____

☒ other: _____Trial, up to and including entry of judgment

Page **1** of **2**

      All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 posted on the Court's website.

      IT IS SO ORDERED.

Dated: September 14, 2023

_____
LAUREL BEELER
United States Magistrate Judge