Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Virginia G. Kain (State Bar No. 344545)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**NOTICE OF ATTORNEY APPEARANCE OF VIRGINIA G. KAIN**<br><br>Judge:   Hon. Laurel Beeler |

    Plaintiff Bryon Jackson hereby notifies the Court and the parties to this action that Virginia G. Kain of Warren Kash Warren LLP, an attorney admitted to practice before this Court, appears as counsel for plaintiff Bryon Jackson in this matter, under the Court's Order Appointing Counsel, Docket No. 87 (Sept. 14, 2023).  Please serve all pleadings, correspondence, and other materials on Ms. Kain at the above address.

Date:  September 22, 2023

Respectfully submitted,

*/s/ Virginia G. Kain*
_____
Virginia G. Kain (State Bar No. 344545)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorney for Plaintiff Bryon Jackson*