UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

BRYON U JACKSON,

        Plaintiff,

    v.

TARGET CORPORATON,

        Defendant.

Case No. 21-cv-08458-LB

**SCHEDULING ORDER**

The court issues this revised scheduling order. The procedures in the order at ECF No. 28 remain in effect.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Meet and confer re pretrial filings | 12/29/2023 |
| Pretrial filings due | 1/25/2024 |
| Oppositions, objections, exhibits, and depo designations due | 2/1/2024 |
| Final pretrial conference | 2/15/2024 at 1:00 p.m. |
| Trial | 2/26/2024 at 8:30 a.m. |
| Length of trial | 2 days |

SCHEDULING ORDER – No. 21-cv-08458-LB

**IT IS SO ORDERED.**

Dated: November 2, 2023

_____
LAUREL BEELER
United States Magistrate Judge