# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON, | Case No. 3:21-cv-08458-LB |
| Plaintiff, | *[Honorable District Judge, Magistrate Judge Laurel Beeler]* |
| v. | **[MOTION *IN LIMINE* NO. 1]** |
| TARGET CORPORATION, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO ANY OTHER PRIOR OR SUBSEQUENT INCIDENTS** |
| Defendant. | |
| | Date:    2/15/2024<br>Time:    1:00 p.m.<br>Crtrm.:  B 15th Floor |

After due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other oral and documentary evidence or argument as was presented to the Court; pursuant to the Court's inherent and statutory powers, and to the Court's authority under the Federal Rules and the applicable Local Rules of the United States District Court, Northern District of California, Good Cause appearing therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1)  The Court hereby GRANTS the Defendant's Motion *In Limine* To

---

1

**[PROPOSED] ORDER GRANTING DEFENDANT'S MIL NO. 1**

1 Exclude Reference To Any Other Prior Or Subsequent Incident.

2     2) Accordingly, the following matters shall hereby be excluded from evidence, and from being published to the jury or finder of fact, and from being admitted into evidence, in this matter any and all evidence, documents, records, recordings, testimony, statements, opinions based upon, argument based upon, and/or reference before the jury all evidence and argument relating to:

    a) any and all prior or subsequent complaints or allegations, and any other incidents involving defendant other than the subject incident.

**IT IS SO ORDERED.**

Dated: _____

**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted By:

David V. Roth (State Bar No. 194648)
  *david.roth@manningkass.com*
Gabriella Pedone (State Bar No. 308384)
  *gabriella.pedone@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, TARGET CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING DEFENDANT'S MIL NO. 1