# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No. 3:21-cv-08458-LB<br>*[Honorable District Judge, Magistrate Judge Laurel Beeler]*<br><br>**[MOTION *IN LIMINE* NO. 2]**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE ALL EVIDENCE AND ARGUMENT RELATING TO PLAINTIFF'S INJURIES, MEDICAL TREATMENT, MEDICAL EXPENSES OR SPECIAL DAMAGES**<br><br>Date:　2/15/2024<br>Time:　1:00 p.m.<br>Crtrm.:　B 15th Floor |

After due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other oral and documentary evidence or argument as was presented to the Court; pursuant to the Court's inherent and statutory powers, and to the Court's authority under the Federal Rules and the applicable Local Rules of the United States District Court, Northern District of California, Good Cause appearing therefore, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

4876-2536-5918.1

1

Case No. 3:21-cv-08458-LB

PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT RELATING TO PLAINTIFF'S MEDICAL TREATMENT, MEDICAL EXPENSES OR SPECIAL DAMAGES

1)  The Court hereby GRANTS the Defendant's Motion *In Limine* To Exclude Reference To Plaintiff's injuries, medical treatment, medical expenses and special damages.

2)  Accordingly, the following matters shall hereby be excluded from evidence, and from being published to the jury or finder of fact, and from being admitted into evidence, in this matter any and all evidence, documents, records, recordings, testimony, statements, opinions based upon, argument based upon, and/or reference before the jury all evidence and argument relating to:

a)  any and all evidence and documents related to Plaintiff's injuries, medical treatment, medical expenses and special damages.

**IT IS SO ORDERED.**

Dated: _____   _____
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted By:

David V. Roth (State Bar No. 194648)
 *david.roth@manningkass.com*
Gabriella Pedone (State Bar No. 308384)
 *gabriella.pedone@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900

1  Facsimile: (213) 624-6999

2  Attorneys for Defendant, TARGET CORPORATION