# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No. 3:21-cv-08458-LB<br>*[Honorable District Judge, Magistrate Judge Laurel Beeler]*<br><br>**[<u>MOTION *IN LIMINE* NO. 9</u>]**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE ALL EVIDENCE AND ARGUMENT RELATING TO ALLEGATIONS OF RACIAL ANIMUS OR BIAS BY DEFENDANTS TOWARD PLAINTIFF**<br><br>Date:　2/15/2024<br>Time:　1:00 p.m.<br>Crtrm.:　B 15th floor |

After due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other oral and documentary evidence or argument as was presented to the Court; pursuant to the Court's inherent and statutory powers, and to the Court's authority under the Federal Rules and the applicable Local Rules of the United States District Court, Northern District of California, Good Cause appearing therefore, and in furtherance of the interests of justice,

1  IT IS HEREBY ORDERED that:

2  1) The Court hereby GRANTS the Defendants' Motion *In Limine* To
3 Exclude All Evidence and Argument Relating to Allegations of Racial Animus or
4 Bias by Defendant Toward Plaintiff;

5  2) Accordingly, the following matters shall hereby be excluded from
6 evidence, and from being published to the jury or finder of fact, and from being
7 admitted into evidence, in this matter any and all evidence, documents, records,
8 recordings, testimony, statements, opinions based upon, argument based upon, and/or
9 reference before the jury all evidence and argument relating to:

10  a) Any and all evidence and arguments relating to allegations of racial
11 animus or bias by any Defendant(s) toward plaintiff in general, and in particular, any
12 alleged racial animus or bias by employee Kimara Smith.

13  **IT IS SO ORDERED.**

15 Dated:

16  **UNITED STATES DISTRICT JUDGE**

1  Respectfully Submitted By:

2  David V. Roth (State Bar No. 194648)
   *david.roth@manningkass.com*
3  Gabriella Pedone (State Bar No. 308384)
   *gabriella.pedone@manningkass.com*
4  **MANNING & KASS**
   **ELLROD, RAMIREZ, TRESTER LLP**
5  801 S. Figueroa St, 15th Floor
   Los Angeles, California 90017-3012
6  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999

7

   Attorneys for Defendant, TARGET
8  CORPORATION

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28