Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**NOTICE OF WITHDRAWAL OF VIRGINIA G. KAIN**<br><br>Judge:   Hon. Laurel Beeler |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that under Civil L.R. 5-1(c)(2)(C), Virginia G. Kain hereby withdraws as attorney for plaintiff Bryon Jackson, as she is no longer an associate at Warren Kash Warren LLP. Warren Kash Warren LLP will continue to represent Bryon Jackson in this matter.

Date:   January 18, 2024                    Respectfully submitted,

_____
Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

21-8458@cases.warrenlex.com
*Attorneys for Plaintiff Bryon Jackson*

Case No. 3:21-cv-08458-LB
NOTICE OF WITHDRAWAL OF VIRGINIA G. KAIN