1 | Erika H. Warren (State Bar No. 295570)
2 | Jennifer A. Kash (State Bar No. 203679)
3 | Francesca M. S. Germinario (State Bar No. 326208)
  | WARREN KASH WARREN LLP
4 | 2261 Market Street, No. 606
  | San Francisco, California, 94114
5 | +1 (415) 895-2940
6 | +1 (415) 895-2964 facsimile
  | 21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　Defendant. | Case No. 3:21-cv-08458-LB<br><br>**DECLARATION OF BRYON U. JACKSON IN SUPPORT OF MOTIONS IN LIMINE**<br><br>Judge:　　Hon. Laurel Beeler |

I, Bryon U. Jackson, declare as follows:

1. I am the plaintiff in this action. I am over 18 years of age and have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently to the information contained herein.

2. During my deposition on July 8, 2022, counsel for defendant Target Corporation played a video showing security footage they indicated was from a security camera located in the coffee shop inside the Target retail store in Alameda.

3. Target did not ask me any questions about the video while we were on the record, and did not provide me with a copy of the security footage, or any other video, during my deposition.

4. On January 26, 2023, I conferred via telephone with Target counsel regarding my request to depose any Target witness. Target's counsel informed me they would not provide any deposition dates because discovery was closed, and told me that I was too late to seek depositions in this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2024, in California.

_____
Bryon U. Jackson