Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
Jennifer A. Kash (State Bar No. 203679)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**DECLARATION OF FRANCESCA M. S. GERMINARIO IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* #1 TO EXCLUDE ANY WITNESS TARGET FAILED TO TIMELY DISCLOSE**<br><br>Judge:    Hon. Laurel Beeler |

**DECLARATION OF FRANCESCA MIKI SHIMA GERMINARIO**

I, Francesca Miki Shima Germinario, declare as follows:

1. I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Kash Warren, counsel for plaintiff Bryon Jackson in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit A is a screenshot of an email message from Bryon Jackson ("Mr. Jackson") to counsel for Defendant Target Corporation on October 31, 2021.

3. Attached as Exhibit B is a screenshot of an email message from counsel for Defendant Target Corporation to Mr. Jackson on October 31, 2021.

4. Attached as Exhibit C is a true and correct copy of Defendant Target Corporation's First Set of Request for Production of Document (Aug. 5, 2022).

5. Attached as Exhibit D is a true and correct copy of Defendant Target Corporation's First Set of Special Interrogatories to Plaintiff Bryon Jackson (Aug. 5, 2022).

6. Attached as Exhibit E is a true and correct copy of Defendant Target Corporation's Response to First Set of Requests for Production Propounded by Plaintiff Bryon Jackson (Sept. 7, 2022).

7. Attached as Exhibit G is a screenshot of an email message from Mr. Jackson to counsel for Defendant Target Corporation on January 17, 2023.

8. Attached as Exhibit H is a screenshot of an email message from Mr. Jackson to counsel for Defendant Target Corporation on January 23, 2023.

9. Attached as Exhibit I is a screenshot of an email message from Mr. Jackson to counsel for Defendant Target Corporation on January 24, 2023.

10. Attached as Exhibit J is a screenshot of an email message from counsel for Defendant Target Corporation to Mr. Jackson on January 25, 2023.

11. Attached as Exhibit K is a true and correct copy of excerpts of the transcript of the Deposition of Bryon U. Jackson (July 8, 2022), annotated with yellow highlighting.

12. Attached as Exhibit M is a true and correct copy of Defendant's FRCP 26(a) Initial Disclosures (Jan. 23, 2023).

13. Attached as Exhibit Q is a true and correct copy of Defendant's Amended FRCP 26(a) Initial Disclosures (Jan. 27, 2023).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2024, in San Francisco, California.

_____
Francesca Miki Shima Germinario