# EXHIBIT A

**From:** Zaqw 1478 <zaqw1478@hotmail.com>
**Sent:** Saturday, October 30, 2021 8:47 PM
**To:** Chandra Carr <czc@MANNINGLLP.COM>
**Cc:** David Roth <dvr@manningllp.com>; Diana Norton <dln@manningllp.com>; Lisette Estevez-Watkins <lce@manningllp.com>; Christine Mills <ccm@MANNINGLLP.COM>
**Subject:** Re: Jackson v. Target - Case No. RG21110499

Dear Mrs Carr and Mr David,

Please provide me the name and address of the Target employee who assaulted, Bryon Jackson at Target on July 7th, 2021.

Thanks,

Bryon