# EXHIBIT B

**From:** David Roth <dvr@manningllp.com>
**Sent:** Sunday, October 31, 2021 4:12 PM
**To:** 'Zaqw 1478' <zaqw1478@hotmail.com>; Chandra Carr <czc@MANNINGLLP.COM>
**Cc:** Diana Norton <dln@manningllp.com>; Lisette Estevez-Watkins <lce@manningllp.com>; Christine Mills <ccm@MANNINGLLP.COM>
**Subject:** RE: Jackson v. Target - Case No. RG21110499

Dear Mr. Jackson:

We will not be providing you any information outside of the formal discovery process. Although you are representing yourself, you are still required to follow the procedures and requirements pursuant to the Federal Rules of Civil Procedure.

Moreover, we understand that you recently contacted the store to obtain information from them. You are aware that Target, and its employees, are represented by counsel. You are not authorized to contact the store in any way. You are not authorized to obtain information about Target or its employees for the benefit of this litigation from Target or its employees. Please immediately cease and desist any and all attempts to communicate with Target regarding this lawsuit. Such contact will be considered an ex parte communication with a represented party. We will immediately seek sanctions should it occur again. As I understand, you are a licensed attorney. I am sure you can appreciate the seriousness of communications initiated by an adverse party to a represented party. I advise and recommend a review of California Rule of Court Rule 2-100.

We will be seeking an injunction once the matter is judicially assigned.

**David V. Roth, Esq.**

*Partner*

**Manning & Kass**

**Ellrod, Ramirez, Trester LLP**

Office: (415) 217-6990x 4646

Cell: (415) 672-7761

Dallas | Irvine | Los Angeles | New York | San Diego | **San Francisco** | Scottsdale