# EXHIBIT G

**From:** Zaqw 1478 <zaqw1478@hotmail.com>
**Sent:** Tuesday, January 17, 2023 5:05 PM
**To:** Chandra A. Carr <Chandra.Carr@manningkass.com>; David Roth <dvr@manningllp.com>
**Cc:** Gabriella Pedone <Gabriella.Pedone@manningkass.com>
**Subject:** Re: Request for Phone or in person Meet Conference - Jackson v. Target Corporation; Case No. 3:21-cv-08458-LB

Dear Mr. David Roth and Ms. Gabriella Pedone,

I propose a call on or before **January 19th, 2023**, for you to produce your initial disclosures on all you witness, (The Security Lead and all eyewitnesses) to this assault and battery. The following items must be included in your disclosures pursuant to Federal Rule of Civil Procedure 26:

1. The names, and if known, address and telephone number of each individual likely to have discoverable information – along with the subjects of that information, eyewitnesses and full live camera shot un-edited at lease 2 minutes before and after the assault - that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.
2. A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

Please let me (Bryon Jackson) know if you are agreeable to the proposed deadline. Once we have received your Rule 26 disclosures, we can discuss whether the parties also want to exchange disclosures under

General Order No. 71.
Thank you,
Bryon Jackson