# EXHIBIT H

**From:** Zaqw 1478 <zaqw1478@hotmail.com>

**Sent:** Monday, January 23, 2023 6:52 PM
**To:** Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>
**Cc:** David V. Roth <David.Roth@manningkass.com>; Gabriella Pedone <Gabriella.Pedone@manningkass.com>; Diana Norton <Diana.Norton@manningkass.com>

**Subject:** Re: Jackson, Bryon (PC) Initial Disclosures [8352-59918]


Dear Mr Roth and Ms Pedone,


I will send you the PLAINTIFF'S FRCP 26(a) INITIAL DISCLOSURES before close of business on Friday.


I would like to arrange with you to take depositions on all your witnesses.


Regards,


Bryon