# EXHIBIT I

**From:** Zaqw 1478 <zaqw1478@hotmail.com>
**Sent:** Tuesday, January 24, 2023 10:08 PM
**To:** David V. Roth <David.Roth@manningkass.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>
**Cc:** Gabriella Pedone <Gabriella.Pedone@manningkass.com>; Diana Norton <Diana.Norton@manningkass.com>
**Subject:** Re: Jackson, Bryon (PC) Initial Disclosures [8352-59918]


Mr. Roth and Ms Pedone:


Attached is the PLAINTIFF'S FRCP 26(a) INITIAL DISCLOSURES.


Let's schedule a conference time to discuss a time schedule to depose each of Target's witnesses. I will need about a 4 to 8 hours to depose each witness under oath.


If you have any questions, please let me know.




Regards,



Bryon