# EXHIBIT J

**From:** David V. Roth <David.Roth@manningkass.com>
**Sent:** Wednesday, January 25, 2023 10:02 AM
**To:** 'Zaqw 1478' <zaqw1478@hotmail.com>; Sandra I. Alarcon <Sandra.Alarcon@manningkass.com>
**Cc:** Gabriella Pedone <Gabriella.Pedone@manningkass.com>; Diana Norton <Diana.Norton@manningkass.com>
**Subject:** RE: Jackson, Bryon (PC) Initial Disclosures [8352-59918]

Mr. Jackson:

As part of the conversation, I would like to discuss your initial disclosures.  Discovery is closed, and has been closed for more than a month.  This was part of our opposition to your Motion to Compel the deposition of the Target representative.  The Court denied your motion because you failed to comply with the dispute procedures in the Standing Orders.  I have provided to you, attached to this email, a courtesy copy of those Orders.  However, I am willing to meet and confer with you regarding the depositions and then prepare the joint letter to the Court if the issues are unresolved.

I am available at 11:00 a.m. today to discuss.  I am also available tomorrow after 2:00 p.m.

Please let me know what works and a number to reach you at.  Thank you.

**David V. Roth**
Equity Partner

**MANNING | KASS**

One California St., Suite 900
San Francisco, CA 94111
Main: (415) 217-6990
Mobile: (415) 672-7761
David.Roth@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP

*Please take note of my new email address and our new website address in my email signature above.*