# EXHIBIT Q

David V. Roth (State Bar No. 194648)
  *david.roth@manningkass.com*
Gabriella Pedone (State Bar No. 308384)
  *gabriella.pedone@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant, TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No. 3:21-cv-08458-LB<br><br>**DEFENDANT'S AMENDED FRCP 26(a) INITIAL DISCLOSURES** |

Defendant Target Corporation ("Defendant"), by and through undersigned counsel of record, hereby provides the following pre-discovery Initial Disclosures.

　　I.　　Witnesses Likely to Have Discoverable Information

　　1)　　Target employee Isabel Cabrera - c/o Defendant's counsel;

　　2)　　 Target employee Matt Calhoun – c/o Defendant's counsel;

　　3)　　Target employee Eric Corro Romero – c/o Defendant's counsel;

　　4)　　Target employee Kimara Smith – c/o Defendant's counsel;

　　5)　　Target employee Shane Callanta – c/o Defendant's counsel;

　　6)　　Independent Witness Kikyung Puselnik  -c/o Defendant's counsel;

　　7)　　Plaintiff Bryon Jackson

　　8)　　Plaintiff's treating physicians that plaintiff advised he will be treating

with in the future.

II.    Relevant Documents

Defendant anticipates using the following documents in support of its defense and to refute Plaintiff's claims.

1) Target's policies and procedures regarding safety and inspections;

2) Photos of the scene;

3) Videos of the incident;

4) Plaintiff's medical and billing records should any be produced;

5) Expert reports.

III.    Damages

Plaintiff is seeking compensation for general damages according to proof at the time of trial and economic damages for past and future medical and related expenses.

Defendant disputes the extent of these damages.

IV.    Insurance

Defendant is insured with a policy in an amount sufficient to cover Plaintiff's current medical expenses.

Defendant's initial disclosure is based on the information currently available to Defendant. Defendant reserves its right to supplement the aforementioned disclosures.



1  DATED:  January 27, 2023        **MANNING & KASS**
2                                  **ELLROD, RAMIREZ, TRESTER LLP**
3
4
                                   By: _____/s/ Gabriella Pedone_____
5                                       David V. Roth
6                                       Gabriella Pedone
                                        Attorneys for Defendant, TARGET
7                                       CORPORATION



# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On January 27, 2023, I served true copies of the following document(s) described as **DEFENDANT'S AMENDED FRCP 26(a) INITIAL DISCLOSURES** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**ONLY BY ELECTRONIC TRANSMISSION:** Only by emailing the document(s) to the persons at the e-mail address(es). This is necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy, upon request only, when we return to the office at the conclusion of the National Emergency.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 27, 2023, at Los Angeles, California.

/s/ Sandra Alarcon
Sandra Alarcon

**SERVICE LIST**
**Jackson v. Target Corp; Case No. 3:21-CV-08458-LB**

Bryon Jackson                                   **Plaintiff, In Pro Per**
1350 Marina Village Parkway
Alameda, CA 94501
Tel: (201) 776-4282
Email: zaqw1478@hotmail.com

2