Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* #1 TO EXCLUDE ANY WITNESS TARGET FAILED TO TIMELY DISCLOSE**<br><br>Judge:    Hon. Laurel Beeler |

Having considered Bryon Jackson's Motion *in Limine* #1 to Exclude Any Witness Target Failed to Timely Disclose, and any response by Target Corporation, and good cause appearing, the Court hereby GRANTS Bryon Jackson's motion.

**IT IS SO ORDERED.**

Date: _____, 2024

_____
Hon. Laurel Beeler
United States Magistrate Judge