Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
Jennifer A. Kash (State Bar No. 203679)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**DECLARATION OF FRANCESCA M. S. GERMINARIO IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* #2 TO EXCLUDE EVIDENCE CONCERNING ANY PRIOR LITIGATION INVOLVING MR. JACKSON**<br><br>Judge:   Hon. Laurel Beeler |

**DECLARATION OF FRANCESCA MIKI GERMINARIO**

I, Francesca Miki Shima Germinario, declare as follows:

1. I am an attorney licensed to practice in the State of California, and an attorney at the law firm of Warren Kash Warren LLP, counsel for plaintiff Bryon Jackson in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit K is a true and correct copy of excerpts of the transcript of the Deposition of Bryon U. Jackson (July 8, 2022), annotated with yellow highlighting.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2024, in San Francisco, California.

_____
Francesca Miki Shima Germinario