# EXHIBIT K

# In the Matter Of:

## JACKSON vs TARGET

3:21-cv-08458-LB

# BRYON U. JACKSON

*July 08, 2022*



800.211.DEPO (3376)
EsquireSolutions.com

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   BRYON JACKSON,            ) Case No. 3:21-cv-08458-LB
                               )
 6             Plaintiff,      )
                               )
 7       vs.                   )
                               )
 8   TARGET CORPORATION,       )
                               )
 9             Defendant.      )
     _____)
10
11
12
13
14
15
16       VIDEOTAPED ZOOM VIDEOCONFERENCE DEPOSITION OF
17                    BRYON URIAH JACKSON
18                    ALAMEDA, CALIFORNIA
19                      JULY 8, 2022
20
21
22
23
24
25   REPORTED BY:  MICHAEL CUNDY, CSR 12271
```



```
 1              DEPOSITION OF BRYON URIAH JACKSON, taken

 2   at 1350 Marina Village Parkway, Suite 433, Alameda,

 3   California, on Friday, July 8, 2022, at 9:29 A.M.,

 4   before Michael Cundy, Certified Shorthand Reporter, in

 5   and for the State of California.

 6

 7   APPEARANCES:

 8   IN PROPRIA PERSONA:

 9                    BRYON URIAH JACKSON
                      (Via videoconference)
10                    1350 Marina Village Parkway
                      Suite 433
11                    Alameda, California 94501
                      (201) 776-4282
12                    zaqw1478@hotmail.com

13   FOR THE DEFENDANT:

14                    MANNING & KASS
                      ELLROD, RAMIREZ, TRESTER LLP
15                    BY:  DAVID V. ROTH, ESQ.
                      (Via videoconference)
16                    One California Street
                      Suite 900
17                    San Francisco, California 94111
                      (415) 217-6990
18                    dvr@manningllp.com

19   ALSO PRESENT:

20                    BRIAN KIELHACK
                      VIDEOGRAPHER
21

22

23

24

25
```



```
 1  I'm trying to remember the exact.
 2       Q    You don't need to -- if you don't remember
 3  the exact address --
 4       A    Well, I live in the East Bay.  I was in the
 5  East Bay for about two years.
 6       Q    Okay.  And -- and do you remember what city
 7  you lived in before then?
 8       A    It's in Oakland.
 9       Q    In Oakland, okay.  That's great.  That's
10  fine.
11            You can tell me if you don't remember the
12  exact address.  I wouldn't expect that you would.
13            And before moving to the East Bay, where did
14  you live?
15       A    I lived in -- in New Jersey --
16       Q    Okay.
17       A    -- New Jersey.
18       Q    And how long did you live in New Jersey?
19       A    I lived in New Jersey for about -- about 14
20  years.
21       Q    Okay.  Excellent.
22            Could you describe for me just generally your
23  education history?
24       A    I have a bachelor's in -- just a bachelor's
25  and an MBA two -- completed two undergraduate degrees
```



```
 1   with an MBA in finance, and I completed an
 2   executive -- an executive leadership program at
 3   Harvard Business School.
 4       Q    And where did you obtain your BA?
 5       A    I -- the university -- Fairleigh Dickinson --
 6   Fairleigh Dickinson University.
 7       Q    Can you spell that for us?
 8       A    F-A-I-R-L-E-I-G-H D-I-C-K-S-O-N [sic].
 9       Q    And where is that school located?
10       A    Teaneck, New Jersey.
11       Q    All right.  And your MB, same school?
12       A    The University of -- the University of
13   Bridgeport.
14       Q    And both were in -- both your BA and your MB
15   were in finance?
16       A    Well, the BA is in business admin -- is in
17   business management and accounting and the MBA,
18   business administration and finance.
19       Q    Okay.  Thank you.
20            And when did you obtain your bachelor -- your
21   business -- your BA?
22       A    That's in '95.
23       Q    Okay.  And when did you obtain your master's
24   degree?
25       A    '96.
```



```
 1   your feet, though?
 2       A     No, it wasn't hard enough to do that, but it
 3   was enough to inflict damage in me, bodily harm.
 4       Q     Have you ever filed a lawsuit any point in
 5   your life prior to this lawsuit?
 6       A     Yes.  I file lawsuit before if -- if I feel
 7   that I was -- I -- yes, I have.
 8       Q     How many lawsuits have you filed prior to
 9   this one against Target?
10       A     I have never filed any lawsuit against Target
11   before.
12       Q     No.  Prior to this lawsuit against Target,
13   how many other lawsuits have you filed?
14       A     I have had a situation at a job where I was
15   harassed by an employee at -- at one of my clients,
16   Wells Fargo Bank.
17       Q     And where was that lawsuit filed?
18       A     In the state of San -- in the state of
19   California.
20       Q     What city?
21       A     It's probably San Francisco.
22       Q     Okay.  And when was that lawsuit filed?
23       A     It probably was 2019.
24       Q     Is that lawsuit still pending?
25       A     It's possible, yes.
```



```
 1   in this case, or were you --
 2        A    Yes, correct.  That's correct.
 3        Q    Okay.  And who was the defendant in that
 4   case?
 5        A    It's probably was American Express.
 6        Q    Okay.  And what was that case about?
 7        A    It was a case in which somebody said
 8   something about me in a job regarding my -- my race
 9   and -- and that black people are not as smart as or do
10   not have the capabilities to perform certain tasks.
11             And I filed a lawsuit.
12             That was the case in which -- it was a
13   lawsuit against American Express regarding employee
14   saying -- it was against the company, something like
15   that.  Somebody said some stupid things.
16             And I filed a lawsuit against the company.
17        Q    Were you represented by an attorney in that
18   lawsuit?
19        A    Oh, yes.
20        Q    Okay.  And who was your -- and was that the
21   lawsuit -- where was that lawsuit filed?
22        A    I think it was in -- I think it was in
23   New Jersey or Connecticut.
24        Q    Okay.
25        A    I -- I can get the facts.  I would have to go
```



1  back and check, but it's probably -- it's either
2  between New Jersey and -- or New York or Connecticut.
3  It's -- it's one.
4       Q    Okay.  And do you remember the name of your
5  attorney?
6       A    I don't remember, but I probably could get --
7  I would have to go back and check to -- just to be
8  accurate.  I -- I don't remember the name offhand, but
9  I could check and give you that information.
10      Q    All right.  Have you ever -- have you ever
11 sued a nonemployer, like another store or restaurant
12 or company, for discrimination?
13      A    I don't remember.  It's possible.  I don't
14 remember.
15      Q    Never sued Starbucks before?
16      A    Starbucks, I don't remember.  I don't -- I
17 don't recall.
18      Q    Never sued a Target before?
19      A    I don't -- no, I don't -- I don't remember.
20 I don't think so.
21      Q    Have you ever sued a McDonald's before?
22      A    No, I don't remember.  I don't -- I don't
23 recall.  It's possible, but I don't think so.
24      Q    Have you ever sued anyone for any type of
25 personal injuries prior to your lawsuit against Target



```
 1   that we're here for today?
 2        A    I don't recall, no.  I don't recall.
 3        Q    A couple more admonitions I'm going to give
 4   you just so you are aware is that, at the conclusion
 5   of this deposition, you will have an opportunity to
 6   review the transcript to this.
 7        A    Yes.
 8        Q    You will also have an opportunity to make
 9   changes to the transcript that you think are
10   necessary.
11             I'm going to caution you that any changes you
12   do make I will be aware of those changes --
13        A    Okay.
14        Q    -- and I can comment to the judge or the jury
15   in this lawsuit about those changes to impugn either
16   your credibility or your memory --
17        A    Okay.
18        Q    -- if you do make particularly any
19   substantive changes.  Okay?
20        A    Okay.
21             MR. ROTH:  But what I would like to do is
22   take a five-minute break --
23             THE WITNESS:  Yes.
24             MR. ROTH:  -- and -- and then I will finish
25   up this deposition.  Okay?
```



```
 1  STATE OF CALIFORNIA                    )
                                           )  SS:
 2  CITY AND COUNTY OF SAN FRANCISCO       )

 3

 4              I, Michael Cundy, CSR No. 12271, a

 5  Certified Shorthand Reporter of the State of

 6  California, do hereby certify:

 7              That the foregoing proceedings were

 8  taken before me at the time and place herein set

 9  forth; that any witnesses in the foregoing

10  proceedings, prior to testifying, were placed under

11  oath; that a verbatim record of the proceedings was

12  made by me using machine shorthand which was

13  thereafter transcribed under my direction; further,

14  that the foregoing is an accurate transcription

15  thereof.

16              I further certify that I am neither

17  financially interested in the action nor a relative or

18  employee of any attorney or any of the parties.

19              IN WITNESS WHEREOF, I have this date

20  subscribed my name.

21

22  Dated:  July 13, 2022

23
                            
24                          _____
                            Michael Cundy, CSR No. 12271
25
```