Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON, <br><br>    Plaintiff, <br><br>v. <br><br>TARGET CORPORATION, <br><br>    Defendant. | Case No. 3:21-cv-08458-LB <br><br> **[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* #2 TO EXCLUDE EVIDENCE CONCERNING ANY PRIOR LITIGATION INVOLVING MR. JACKSON** <br><br>Judge:    Hon. Laurel Beeler |

Having considered Bryon Jackson's Motion *in Limine* #2 to Exclude Evidence Concerning Any Prior Litigation Involving Mr. Jackson and good cause appearing, the Court hereby GRANTS Bryon Jackson's motion.

**IT IS SO ORDERED.**

Date: _____, 2024                                        _____

                                                                        Hon. Laurel Beeler
                                                                        United States Magistrate Judge