Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
Jennifer A. Kash (State Bar No. 203679)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>   Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>   Defendant. | Case No. 3:21-cv-08458-LB<br><br>**DECLARATION OF FRANCESCA M. S. GERMINARIO IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* #3 TO EXCLUDE ANY EVIDENCE TARGET WITHHELD DURING DISCOVERY**<br><br>Judge:   Hon. Laurel Beeler |

**DECLARATION OF FRANCESCA MIKI SHIMA GERMINARIO**

I, Francesca Miki Shima Germinario, declare as follows:

1. I am an attorney licensed to practice in the State of California, and an attorney at the law firm of Warren Kash Warren LLP, counsel for plaintiff Bryon Jackson in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit E is a true and correct copy of Defendant Target Corporation's Response to First Set of Requests for Production Propounded by Plaintiff Bryon Jackson (Sept. 7, 2022).

3. Attached as Exhibit L is a true and correct copy of Plaintiff Bryon Jackson First Set of Requests For Production of Documents to Defendant Target Corporation's (Aug. 8, 2022).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2024, in San Francisco, California.

_____
Francesca Miki Shima Germinario