Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* #3 TO EXCLUDE ANY EVIDENCE TARGET WITHHELD DURING DISCOVERY**<br><br>Judge:    Hon. Laurel Beeler |

Having considered Bryon Jackson's Motion *in Limine* #3 to Exclude Any Evidence Target Withheld During Discovery, and any response by Target Corporation, and good cause appearing, the Court hereby GRANTS Bryon Jackson's motion.

**IT IS SO ORDERED.**

Date: _____, 2024                                  _____

                                                                          Hon. Laurel Beeler
                                                                          United States Magistrate Judge