Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**DECLARATION OF FRANCESCA M. S. GERMINARIO IN SUPPORT OF PLAINTIFF'S MOTION *IN LIMINE* #4 TO EXCLUDE THE VIMEO VIDEO**<br><br>Judge:    Hon. Laurel Beeler |

**DECLARATION OF FRANCESCA MIKI SHIMA GERMINARIO**

I, Francesca Miki Shima Germinario, declare as follows:

1. I am an attorney licensed to practice in the State of California, and an attorney at the law firm of Warren Kash Warren LLP, counsel for plaintiff Bryon Jackson ("Mr. Jackson") in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit N is a true and correct copy of a letter from Mr. Jackson's counsel to counsel for defendant Target Corporation on October 13, 2023.

3. Attached as Exhibit O is a screenshot of an email message from counsel for defendant Target Corporation to Mr. Jackson's counsel on October 18, 2023.

4. Attached as Exhibit P is a true and correct copy of the video Mr. Jackson's counsel received from counsel for Defendant Target Corporation as an attachment to an email message on October 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 16, 2024, in San Francisco, California.

                                                                                  */s/ Francesca M. S. Germinario*
                                                                                  Francesca M. S. Germinario