# EXHIBIT N

2261 MARKET STREET, NO. 606
SAN FRANCISCO, CALIFORNIA, 94114

**Warren Kash Warren**

WARRENKASHWARREN.COM
+1 (415) 895 2940

October 13, 2023

**By Electronic Mail**

David V. Roth
Gabriella Pedone
Manning & Kass, Ellrod, Ramirez, Trester LLP
One California Street, Suite 900
San Francisco, California, 94111

  **Re:**  Jackson v. Target Corporation, Case No. 21-8458 (N.D. Cal.)

Mr. Roth & Ms. Pedone:

I write to introduce myself as *pro bono* counsel for plaintiff Bryon Jackson in this matter.

The Court has ordered the parties to file a joint case management statement by next Thursday, October 19, and we anticipate the Court's request for our availability for trial dates, on which we should coordinate in advance. Please let me know your availability to confer next week; I am available most times on Monday, October 16, and Tuesday, October 17.

Separately, in reviewing the case file, we confirmed that we do not have a copy of the video exhibit you played during Mr. Jackson's deposition.  I understand that you may have provided a copy to the plaintiff before he had counsel, in which case I hope it is not too much trouble to send it again..

Thank you for your time and courtesy, and we look forward to working with you towards resolution of this action.

Very Truly Yours,

Erika H. Warren