# EXHIBIT O

 **David V. Roth** &lt;David.Roth@manningkass.com&gt;   Oct 18, 2023, 3:13:47 PM    
to Gabriella Pedone, Erika Warren, Sandra I. Alarcon, Diana Norton, Jackson v. Target Corporation

I am available as well.

Pursuant to your request….please find attached the video of the incident.

**David V. Roth**
Equity Partner



One California St., Suite 900
San Francisco, CA 94111
Main: (415) 217-6990
Mobile: (415) 672-7761
David.Roth@manningkass.com | manningkass.com

Dallas | Los Angeles | New York | Orange County | Phoenix | San Diego | San Francisco

Note: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information transmitted in or with this message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material and is protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any retransmission, dissemination, distribution, copying or other use of, or the taking of any action in reliance upon, this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting the material from your computer. Thank you. Manning & Kass, Ellrod, Ramirez, Trester, LLP




7-8-2021 Guest i…