Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　Defendant. | Case No. 3:21-cv-08458-LB<br><br>MANUAL FILING NOTICE OF EXHIBIT P TO PLAINTIFF'S MOTION *IN LIMINE* #4<br><br>Judge:　Hon. Laurel Beeler |

**MANUAL FILING NOTIFICATION**

Regarding:   __EXHIBIT P to PLAINTIFF'S MOTION *IN LIMINE* NO. 4 TO EXCLUDE VIMEO VIDEO___

This filing is in physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served by electronic mail shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at

http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

____   Unable to Scan Documents

____   Physical Object (please describe):

_X__   Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

____   Item Under Seal in Criminal Case

____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

____   Other (please describe):

Date:   January 25, 2024                             Respectfully submitted,

_____
Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*