Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>   Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>   Defendant. | Case No. 3:21-cv-08458-LB<br><br>**[PROPOSED] ORDER GRANTING MOTION *IN LIMINE* #4 TO EXCLUDE THE VIMEO VIDEO**<br><br>Judge:    Hon. Laurel Beeler |

1  Having considered Bryon Jackson's Motion *in Limine* #4 to Exclude the Vimeo Video and good
2  cause appearing, the Court hereby GRANTS Bryon Jackson's motion.
3
4  **IT IS SO ORDERED.**
5
6
7  Date: _____, 2024                    _____
8                                              Hon. Laurel Beeler
                                                United States Magistrate Judge
9