Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON, | Case No. 3:21-cv-08458-LB |
| Plaintiff, | **STATEMENT OF NON-OPPOSITION TO BRYON JACKSON'S MOTION *IN LIMINE* #4 TO EXCLUDE THE VIMEO VIDEO** |
| v. | |
| TARGET CORPORATION, | Judge:    Hon. Laurel Beeler |
| Defendant. | |

On January 17, 2024, Plaintiff Bryon Jackson served Target with his Motion *in Limine* #4 to Exclude the Vimeo Video.  On January 25, 2024, Defendant Target Corporation confirmed it does not oppose Mr. Jackson's Motion.  Plaintiff therefore respectfully requests that the Court grant the Motion *in Limine* in its entirety.

Date: January 25, 2024

Respectfully submitted,

_____
Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*