Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**PROOF OF SERVICE**<br><br>Judge:    Hon. Laurel Beeler |

I hereby certify that today, January 25, 2024, I served all counsel of record who have consented to electronic service with a copy of the following file via electronic mail:

1. Manually Filed Exhibit P to Plaintiff's Motion in Limine No. 4 (Docket No. 120-5)

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 25, 2024, in California.

_____
Francesca Germinario