Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON, | Case No. 3:21-cv-08458-LB |
| Plaintiff, | **JOINT EXHIBIT LIST** |
| v. | **Trial** |
| TARGET CORPORATION, | Date: February 26, 2024<br>Time: 8:30 a.m.<br>Courtroom: Courtroom B–15th Floor |
| Defendant. | |

# EXHIBIT LIST

Jackson v. Target Corporation, Case No. 3:21-cv-08458-LB

| EXHIBIT NUMBER | Date Offered into Evidence | Date Admitted into Evidence | Sponsoring Witness | Limits on Use | Description and Bates Range |
|---|---|---|---|---|---|
| 01 Conditional | | | | | The coffee shop video, submitted as Exhibit P to Plaintiff's Motion in Limine #1 to Exclude Any Witness Target Failed to Timely Disclose |
| 02 Conditional | | | Bryon Jackson | | Photographs of the Alameda Target |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |