Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**PLAINTIFF'S TRIAL WITNESS LIST**<br><br>**Trial**<br>Date:         February 26, 2024<br>Time:        8:30 a.m.<br>Courtroom: Courtroom B–15th Floor |

Plaintiff, by and through his attorneys, submits the following trial witness list:

## PLAINTIFF'S TRIAL WITNESS LIST

|  | NAME AND NATURE OF TESTIMONY | Plaintiff's Minimum Time Necessary (Hours) |
|---|---|---|
| 1. | **Plaintiff Bryon Jackson**—Personal background; incident; damages, including physical injuries | 2.0 |

Date:   January 25, 2024

_(signature)_
_____
Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*