David V. Roth (State Bar No. 194648)
  *david.roth@manningkass.com*
Gabriella Pedone (State Bar No. 308384)
  *gabriella.pedone@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
1 California St., Suite 900
San Francisco, CA 94111
Telephone: (415) 217-6990
Facsimile:  (415) 217-6999

Attorneys for Defendant,
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>              Plaintiff,<br><br>       v.<br><br>TARGET CORPORATION,<br><br>              Defendant. | Case No. 3:21-cv-08458-LB<br>*[Honorable District Judge, Magistrate Judge Laurel Beeler]*<br><br>**DEFENDANT'S WITNESS LIST**<br><br>**Pre-Trial Conference:**<br>Date: 02/15/24<br>Time: 1:00 p.m.<br>Dept. B 15th Floor<br><br>**Trial**<br>Date: 02/26/34<br>Time 9:00 a.m.<br>Dept: B 15th floor |

TO THIS HONORABLE COURT, ALL PARTIES, ANF THEIR ATTORNEYS OF RECORD:

     Defendant TARGET CORPORATION ("Defendant") hereby submits its Trial Witness List.  Defendant reserves the right to supplement or add to this list at any time up to and including trial.

| Party Calling | Witness Name | Expert/ Non-Expert / Area of Testimony | Estimated Length Direct Exam | Estimated Length X-Exam | Estimated Length Re-Direct | Estimated Total |
|---|---|---|---|---|---|---|
| Defendant | Kimara Smith | Non-Expert Defendant's | .5 | Pending | Pending | |

| Party Calling | Witness Name | Expert/ Non-Expert / Area of Testimony | Estimated Length Direct Exam | Estimated Length X-Exam | Estimated Length Re-Direct | Estimated Total |
|---|---|---|---|---|---|---|
| | | Employee | | | | |
| **Scheduling Issues/ Special Requirements** | Requires advance notice. | | | | | |
| Defendant | Matt Calhou | Non-Expert Defendant's Employee | .5 | Pending | Pending | |
| **Scheduling Issues/ Special Requirements** | Requires advance notice. | | | | | |
| Defendant | Shane Callanta | Non-Expert Defendant's Employee | .5 | Pending | Pending | |
| **Scheduling Issues/ Special Requirements** | Requires advance notice. | | | | | |
| Defendant | Ismael Cabrera | Non-Expert Defendant's Employee | .5 | Pending | Pending | |
| **Scheduling Issues/ Special Requirements** | Requires advance notice. | | | | | |
| Defendant | Bryon Jackson | Plaintiff | .5 | Pending | Pending | |
| **Scheduling Issues/ Special Requirements** | Requires advance notice. | | | | | |

DATED:  January 25, 2024        **MANNING & KASS**
                                **ELLROD, RAMIREZ, TRESTER LLP**


                                By:    /s/Gabriella Pedone
                                       David V. Roth
                                       Gabriella Pedone
                                       Attorneys for Defendant,
                                       TARGET CORPORATION