Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM** |

**Claim of Negligence**

    1. Was defendant Target negligent?

        Yes: _____        No: _____

    If you answered yes, proceed to Question 2.  If you answered no, you have reached a verdict, and you must stop here, and have the presiding juror sign and date this form.

**Damages**

    2. If you answered yes to question 1, what amount of damages do you award to the plaintiff?

        $ _____

Please have the presiding juror sign and date the form.


Signed: _____ (Presiding Juror)

Dated: _____