# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION; and DOES 1 to 10,<br><br>    Defendants. | Case No. 3:21-cv-08458-LB<br><br>**PROPOSED VERDICT FORM** |

We, the jury in the above-entitled action, answer the questions submitted to us as follows:

1. Was Defendant Target Corporation Negligent?

   _____ Yes               _____ No

If your answer to question 1 is yes, then answer question 2.  If you answered no, answer no further questions and have the foreperson sign, date and return this verdict form.

2. Was Defendant Target Corporation's Negligence a substantial factor in causing harm to the Plaintiff?

---

1

**DEFENDANTS' PROPOSED SPECIAL JURY INSTRUCTIONS**

If your answer to question 2 is yes, then answer question 3.  If you answered no, answer no further questions and have the foreperson sign, date and return this verdict form.

3. What are Plaintiff's total damages?

TOTAL $_____

4. Was the Plaintiff Bryon Jackson negligent?

   _____ Yes     _____ No

If your answer to question 4 is yes, then answer question 5.  If you answered no, answer no
further questions and have the foreperson sign, date and return this verdict form.

5. Was Plaintiff's negligence a substantial factor in causing his own harm?

   _____ Yes     _____ No

If your answer to question 5 is yes, then answer question 6.  If you answered no, answer no
further questions and have the foreperson sign, date and return this verdict form.

6. What percentage of plaintiff's harm do you assign to the following parties?

  a. Defendant Target Corporation  _____%

  b. Plaintiff Bryon Jackson  _____%

Total          100%

Sign, date and return this verdict form to the bailiff or court attendant.

Dated: _____    _____
                                                                Foreperson

After this form has been signed, notify the bailiff or court attendant you are ready to present your verdict in the courtroom.