Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**JOINT PROPOSED VOIR DIRE QUESTIONS**<br><br>Judge:   Hon. Laurel Beeler |

Plaintiff Bryon Jackson and Defendant Target Corporation ("Target") hereby submit their Joint Proposed Voir Dire questions:

1. Do you know Bryon U. Jackson, the Plaintiff in this case?
2. Do you know Target Employee Kimora Smith?
3. Have you or anyone close to you ever worked for Target? If so, who, when, where, and in what capacity?
4. Have you been to the Alameda Target retail store?
5. Do you know the Plaintiff's lawyers, Erika Warren, Jennifer Kash, or Francesca Germinario?
6. Do you know the Defendant's lawyers, David Roth or Gabriella Pedone?
7. Do you know anyone in this jury panel?
8. Do you have any knowledge about the parties, lawyers, or case that might influence you in deciding the case?
9. Have you, or has anyone in your family, ever studied or practiced law?
10. Have you or has anyone in your family ever filed or been party to a lawsuit? If so, please describe, including whether the lawsuit ended with dismissal, settlement or trial.
11. Do you or anyone close to you have education, training, or work experience in medicine, nursing, or paramedics?
12. Have you ever been hurt in an accident? If so, please describe.
13. Do you receive Medi-Cal or Medicaid benefits?
14. Do you or anyone you know suffer from a hidden disability? If so, please describe.
15. Has anyone here had chronic pain? If so, please describe, and indicate whether or not you received treatment for such pain.
16. Have you or anyone close to you been injured in a way that affected your work? If so, please explain.
17. Have you or anyone in your family ever applied for disability benefits?
18. Would you be comfortable serving on a jury where you disagree with the views of some of the other jurors?
19. Is there anything at all about this case that troubles you? If so, please explain.

20. If you have any ethical, religious, political, or other beliefs, or medical concerns, that may prevent you from serving as a juror or interfere with your jury service, please explain.

21. Given your own life experiences and beliefs, is there anything about this case that makes you think that this is not the right case for you to serve as a juror?

Case No. 3:21-cv-08458-LB
PROPOSED VOIR DIRE QUESTIONS