1  Erika H. Warren (State Bar No. 295570)
2  Jennifer A. Kash (State Bar No. 203679)
   Francesca M. S. Germinario (State Bar No. 326208)
3  WARREN KASH WARREN LLP
   2261 Market Street, No. 606
4  San Francisco, California, 94114
   +1 (415) 895-2940
5  +1 (415) 895-2964 facsimile
   21-8458@cases.warrenlex.com
6
7  *Attorneys for Plaintiff Bryon Jackson*

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  BRYON JACKSON,                     )   Case No. 3:21-cv-08458-LB
                                       )
13       Plaintiff,                    )   **PLAINTIFF'S RULE 26(A)(3)**
                                       )   **DISCLOSURES**
14  v.                                 )
                                       )   **Trial**
15  TARGET CORPORATION,                )   Date:       February 26, 2024
                                       )   Time:       8:30 a.m.
16       Defendant.                    )   Courtroom:  Courtroom B–15th Floor
                                       )

17

Under the Court's scheduling order regarding pretrial procedure, Docket No. 28, Plaintiff Bryon Jackson hereby makes his Rule 26(a)(3) disclosures as follows.  In providing disclosures, Mr. Jackson does not waive any rights to seek to introduce evidence to impeach a witness or rebut argument or evidence presented at trial.

I. **Name of Each Witness Plaintiff Intends to Call:**

   a. Bryon Jackson

II. **Deposition Transcripts that Plaintiff Intends to Designate:**

   a. None, except as necessary to counter any designations made by Defendant Target Corporation.

III. **Identification of Documents Plaintiff Intends to Offer:**

   a. Plaintiff states that no documents or other evidence were timely produced by Defendant in this action, and has accordingly moved *in limine* to exclude non-disclosed evidence.  Pending the outcome of motions *in limine*, Plaintiff identifies the following exhibits that he presently anticipates he may introduce at trial:

   - The coffee shop video, submitted as Exhibit P to Plaintiff's Motion *in Limine* #1 to Exclude Any Witness Target Failed to Timely Disclose.
   - Photographs of the Alameda Target retail store.

Date:   January 19, 2023

Respectfully submitted,

Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca Miki Shima Germinario
(State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*