David V. Roth (State Bar No. 194648)
 *david.roth@manningkass.com*
Gabriella Pedone (State Bar No. 308384)
 *gabriella.pedone@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California Street, Suite 900
San Francisco, California 94111
Telephone: (415) 217-6990
Facsimile: (415) 217-6999

Attorneys for Defendant, TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No. 3:21-cv-08458-LB<br><br>**DEFENDANT'S FRCP 26(a)(3) PRETRIAL DISCLOSURES**<br><br>**Complaint Filed:**<br>**Assigned to Hon. Laurel Beeler**<br>**Pre-Trial Conference:**<br>Date: 02/15/24<br>Time: 1:00 p.m.<br>Dept. B 15th Floor<br><br>**Trial**<br>Date: 02/26/34<br>Time 9:00 a.m.<br>Dept: B 15th floor |

Defendant Target Corporation ("Defendant"), by and through undersigned counsel of record, hereby provides the following Pretrial Disclosures pursuant to Federal Rules of Civil Procedure, rule 26(a)(3):

　　　I.　　Witnesses Defendant Expects To Call At Trial (Fed. R. Civ. Proc. 26(a)(3))

　　　The following individuals have discoverable information that Defendant may use to support its defense and/or refute Plaintiff BRYON JACKSON claims at trial:

　　　1)　　Target employee Ismael Cabrera - c/o Defendant's counsel; Mr.

1  Cabrera was present at the store on the date of the incident has information and
2  knowledge regarding the incident in which Plaintiff alleges he was injured at Target.
3  Mr. Cabrera has information and knowledge regarding events that occurred
4  immediately before and after the incident as well as Plaintiff's response to the
5  incident.
6         2)      Target employee Matt Calhoun – c/o Defendant's counsel; Mr.
7  Calhoun was present at the store on the date of the incident has information and
8  knowledge regarding the incident in which Plaintiff alleges he was injured at Target.
9  Mr. Calhoun has information and knowledge regarding events that occurred
10 immediately before and after the incident as well as Plaintiff's response to the
11 incident.
12        3)      Target employee Kimara Smith – c/o Defendant's counsel; Ms. Smith
13 was present at the store on the date of the incident has information and knowledge
14 regarding the incident in which Plaintiff alleges he was injured at Target. Ms. Smith
15 has information and knowledge regarding events that occurred immediately before
16 and after the incident as well as Plaintiff's response to the incident.
17        4)      Target employee Shane Callanta – c/o Defendant's counsel; Mr.
18 Callanta  was present at the store on the date of the incident has information and
19 knowledge regarding the incident in which Plaintiff alleges he was injured at Target.
20 Mr. Callanta has information and knowledge regarding events that occurred
21 immediately before and after the incident as well as Plaintiff's response to the
22 incident. Mr. Callanta also has information as to Defendant's business practices and
23 polices procedures concerning video surveillance of the incident. He will
24 authenticate the video of the incident and videos of before and after the incident.
25        5)      Plaintiff Bryon Jackson, has information and knowledge regarding the
26 incident, injuries he alleges he sustained.
27        6)      Plaintiff failed to provide his Federal Rules of Civil Procedure, rule
28 26(a)(1), Initial Disclosures and Federal Rules of Civil Procedure, rule 26(a)(2)

4866-3577-8892.1                          2                     Case No. 3:21-cv-08458-LB
**DEFENDANT'S FRCP 26(a)(3) PRETRIAL DISCLOSURES**

Expert disclosures, however, any witnesses identified in his discovery responses, and any supplements thereto.

    7)    Any witnesses identified or mentioned by any party or witness during his/her/their deposition;

    8)    All custodian of records;

    9)    All witnesses needed to authenticate documents.

## II.    Testimonies Presented By Deposition

Defendant anticipates using the following deposition transcript and video in support of its defense and to refute Plaintiff's claims at trial.

    1)    Deposition transcript of Plaintiff, Byron Jackson's deposition taken on July 8, 2022.

    2)    Video recording of Plaintiff, Byron Jackson's deposition taken on July 8, 2022.

## III.    Relevant Documents

Defendant anticipates using the following documents in support of its defense and to refute Plaintiff's claims at trial.

    1)    Plaintiff's discovery responses.

    2)    Videos of the incident, video of moments prior to the incident and after the incident.

Defendant's pretrial disclosure is based on the information currently available to Defendant. Defendant reserves its right to supplement the aforementioned disclosures.

1  DATED:  January 19, 2024 **MANNING & KASS**
2 **ELLROD, RAMIREZ, TRESTER LLP**

4
5 By: ___/s/ Gabriella Pedone___
   David V. Roth
6  Gabriella Pedone
7  Attorneys for Defendant, TARGET
   CORPORATION

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Figueroa St, 15th Floor, Los Angeles, CA 90017-3012.

On January 19, 2024, I served true copies of the following document(s) described as **DEFENDANT'S FRCP 26(a)(3) PRETRIAL DISCLOSURES** on the interested parties in this action as follows:

- **Francesca Miki Shima Germinario**
  francesca@warrenkashwarren.com

- **Bryon U Jackson**
  zaqw1478@hotmail.com

- **Jennifer A. Kash**
  jen@warrenkashwarren.com

- **Erika H. Warren**
  erika@warrenkashwarren.com

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address sandra.alarcon@manningkass.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 19, 2024, at Los Angeles, California.

/s/ Sandra Alarcon
Sandra Alarcon