Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
Jennifer A. Kash (State Bar No. 203679)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　Defendant. | Case No. 3:21-cv-08458-LB<br><br>**DECLARATION OF FRANCESCA M. S. GERMINARIO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* #2 TO EXCLUDE ALL EVIDENCE AND ARGUMENT RELATING TO PLAINTIFF'S MEDICAL TREATMENT, MEDICAL EXPENSES OR SPECIAL DAMAGES**<br><br>Judge:　Hon. Laurel Beeler |

## DECLARATION OF FRANCESCA MIKI SHIMA GERMINARIO

I, Francesca Miki Shima Germinario, declare as follows:

1. I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Kash Warren, counsel for plaintiff Bryon Jackson in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the transcript of the Deposition of Bryon U. Jackson (July 8, 2022).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 24, 2024, in San Francisco, California.

_____
Francesca Miki Shima Germinario

GERMINARIO DEC ISO OPPOSITION TO MIL # 2 TO EXCLUDE ALL EVIDENCE AND ARGUMENT RELATING TO PLAINTIFF'S MEDICAL TREATMENT MEDICAL EXPENSES OR SPECIAL DAMAGES

# EXHIBIT 1

**In the Matter Of:**

JACKSON vs TARGET

3:21-cv-08458-LB

**BRYON U. JACKSON**

*July 08, 2022*



800.211.DEPO (3376)
EsquireSolutions.com

```
1                 UNITED STATES DISTRICT COURT
2                NORTHERN DISTRICT OF CALIFORNIA
3                    SAN FRANCISCO DIVISION
4
5   BRYON JACKSON,           ) Case No. 3:21-cv-08458-LB
                             )
6              Plaintiff,    )
                             )
7        vs.                 )
                             )
8   TARGET CORPORATION,      )
                             )
9              Defendant.    )
    _____)
10
11
12
13
14
15
16      VIDEOTAPED ZOOM VIDEOCONFERENCE DEPOSITION OF
17                   BRYON URIAH JACKSON
18                   ALAMEDA, CALIFORNIA
19                      JULY 8, 2022
20
21
22
23
24
25  REPORTED BY:  MICHAEL CUNDY, CSR 12271
```



```
 1   BY MR. ROTH:
 2       Q    All right.  Mr. Jackson, we are back on the
 3   record.
 4            Do you understand you are still under oath?
 5       A    Correct.  Yes, I do.
 6       Q    All right.  Mr. Jackson, could you tell me
 7   what parts of the body you -- you -- were injured that
 8   you attribute to the incident at Target?
 9       A    As I said, my right -- my lower right side
10   here, I was hit here.
11            And I just noticed that, as a result of that,
12   I have been experiencing some back pains, and sometime
13   when I sit, if -- I cannot sit in a certain position
14   too long.  I have to be constantly moving or sometimes
15   I have to get up and -- and sit again.  I cannot sit
16   in a straight position.
17            And as a result of that, there are other --
18   the thing that I noticed significantly is the urinate
19   problem, the constant, at night and even during the
20   day.  That's probably the most significant, and the
21   back pain and sitting long in one position.
22       Q    Okay.  You said right here, and so
23   unfortunately, I need to -- if you can describe for me
24   where on your body you were hit by the "hit."
25       A    Right -- right here on my right here --
```



1  but are you still experiencing that back pain?
2      A    I think it -- it -- now and then, I -- it's
3  hard to attribute it to that, but I know it might be
4  some contributing factor but not consistently as --
5  there was a duration of about three to six months, and
6  it goes away, and -- but the sitting and the urine --
7  constant going to the bathroom, I know that has --
8  that was a significant -- that significantly
9  increased.
10     Q    Okay.  Are you still having the urinary
11 issues?
12     A    Yes, mainly at night.  It's just something
13 that happens after that I notice, and it's still
14 consistent.
15     Q    Is it every night?
16     A    I would say twice -- at least twice a night.
17     Q    Twice a night every night, though?
18     A    Yes.  Maybe one or two nights, it's -- and it
19 may not but it's just very consistent that way.
20     Q    Have you seen a doctor for it?
21     A    As I said, no.  One of the reasons why I am
22 not, I wanted to let the COVID situation goes away
23 because I just didn't want to get into an environment
24 where there is a potential to be exposed to COVID
25 because of family history and potential risk.  My age,



```
 1  I'm not a spring chicken any more, so I just want to
 2  be as careful as possible.  That's the main reason
 3  why.
 4       Q    And had you ever had any urinary problems
 5  prior to the incident at Target?
 6       A    No.  I would say no.  Only if probably -- no,
 7  no, no.
 8       Q    Okay.  And had you ever had any back pain
 9  prior to the incident at Target?
10       A    No, no.  Not that I know of, no.  Definitely
11  no.
12       Q    All right.  Now, you also mentioned that --
13  you know, that you were having difficulty getting out
14  of bed in the mornings?
15       A    Yes, yes.
16       Q    How long -- how long did that last?
17       A    Probably -- even up to this day, it lasts.
18  In the morning and one certain side, you know, I -- I
19  just -- it's still -- it's still happening.  Getting
20  out of bed, waking up, I have to just lean to one side
21  and carefully before I get up.  It's a process.
22  Getting out of bed, it's a particular process.
23       Q    Okay.  And that's because of back pain?
24       A    Yes, yes --
25       Q    And --
```



1    A    -- back and side.
2    Q    Okay.  And when -- can you describe where you
3  feel that pain for me?
4    A    It's to the right and to the back, right here
5  and here.
6    Q    Okay.  So above the belt?
7    A    Yes, correct.
8    Q    And from the right side of the back to the
9  side of the back --
10   A    Yes.
11   Q    -- to the side?
12   A    Correct.
13   Q    And -- and do you experience any other type
14  of, like, pain maybe shooting down your leg or
15  anything like that?
16   A    That happens sometime, and I have to stretch
17  out my feet.  And like, there's a stinging pain that
18  goes, like, to the bottom of my shoe that happens from
19  time to time occasionally.
20        I could be sitting somewhere, and then all of
21  a sudden, there's a stinging pain just goes all the
22  way down to the bottom of my feet, and I have to
23  stretch my feet out.  And I only noticed that after
24  the incident.
25   Q    When did you start experiencing that -- that



BRYON U. JACKSON                                          July 08, 2022
JACKSON vs TARGET                                                    62

1  lose your balance in any way that you had to, like,
2  take a step or two to regain your balance?
3       A    I may have -- yeah.  I may -- I may have
4  taken a step, yes, to maintain my center of gravity,
5  yes.
6       Q    And did your body react, get jolted in any
7  particular way, maybe your upper body, as a result of
8  the impact?
9       A    I think so.  I think so, yes.
10      Q    Okay.  All right.
11           And you felt immediate pain to your left --
12 to your right side?
13      A    Not immediately.  I felt the pain.  The pain
14 gradually started as the day go by, and it just start
15 escalating slowly.
16      Q    Did you get a bruise at all from the impact?
17      A    A bruise, like, on my -- I don't remember,
18 but I -- I -- I -- bruise to my body, no, I don't
19 think there was a bruise because I may had a coat on
20 or a thicker shirt.
21      Q    Any chance that maybe she -- when she said,
22 get out of here, nigger, was in response to your
23 yelling at her as to whether or not she was fucking
24 crazy?
25      A    I cannot say what she was thinking.



800.211.DEPO (3376)
EsquireSolutions.com