# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br>*[Honorable District Judge, Magistrate Judge Laurel Beeler]*<br><br>**[MOTION *IN LIMINE* NO. 3]**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE UNDISCLOSED OR UNPRODUCED WITNESSES AND EVIDENCE**<br><br>Date:   2/15/2024<br>Time:  1:00 p.m.<br>Crtrm.: B 15th Floor |

After reading and considering the papers filed in support of and in opposition to MOTION IN LIMINE NUMBER 3, TO EXCLUDE ALL EVIDENCE OF, AND REFERENCE TO, EVIDENCE AND WITNESSES NOT DISCLOSED BY PLAINTIFF PRIOR TO THE DISCOVERY CUT-OFF, and good cause appearing,

IT IS HEREBY ORDERED that:

1) The Court hereby GRANTS the Defendant's Motion *In Limine* No. Three in its entirety.

2) Accordingly, the following matters shall hereby be excluded from

4894-7236-7006.1                  1                  Case No. 3:21-cv-08458-LB

**PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT RELATING TO PLAINTIFF'S MEDICAL TREATMENT, MEDICAL EXPENSES OR SPECIAL DAMAGES**

1 evidence, and from being published to the jury or finder of fact, and from being
2 admitted into evidence, in this matter any and all evidence, documents, records,
3 recordings, testimony, statements, opinions based upon, argument based upon,
4 and/or reference before the jury all evidence and argument relating to:
5     a)    all testimony, reference, allegations, records, or evidence regarding
6 evidence or witnesses that was not disclosed, or served in discovery, by any of the
7 parties to this action prior to the Court's deadline for the completion of discovery in
8 this matter.
9     **IT IS SO ORDERED.**

12 DATED:

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

David V. Roth (State Bar No. 194648)
  *david.roth@manningkass.com*
Gabriella Pedone (State Bar No. 308384)
  *gabriella.pedone@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

4894-7256-7006.1

2

Case No. 3:21-cv-08458-LB

**PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE
AND ARGUMENT RELATING TO PLAINTIFF'S MEDICAL TREATMENT, MEDICAL EXPENSES OR
SPECIAL DAMAGES**

Attorneys for Defendant, TARGET CORPORATION

4894-7236-7006.1

3

Case No. 3:21-cv-08458-LB

**PROPOSED] ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ALL EVIDENCE AND ARGUMENT RELATING TO PLAINTIFF'S MEDICAL TREATMENT, MEDICAL EXPENSES OR SPECIAL DAMAGES**