=Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* #4 TO EXCLUDE "GOLDEN RULE" AND "REPTILE THEORY" ARGUMENTS**<br><br>Judge:    Hon. Laurel Beeler |

Target's motion is devoid of any facts specific to this case and makes no effort to identify any specific evidence or arguments Mr. Jackson may reasonably offer; it is accordingly unripe and overbroad.  Courts in this District disfavor generalized motions *in limine* that preemptively seek exclusion of broad categories of arguments and evidence before trial.  *Corcoran v. CVS Pharmacy, Inc.*, No. 15-CV-03504-YGR, 2021 WL 633809, at *3 (N.D. Cal. Feb. 18, 2021) ("parties were warned not to 'misuse motions *in limine* in an attempt to exclude broad categories of possible evidence.' (Standing Order, Section 4.a.)  Given the failure to provide any specificity, the motion is Denied."); *Apple Inc. v. Samsung Elecs. Co.,* No. 11-1846, 2016 WL 824711, at *1 (N.D. Cal. Mar. 2, 2016) ("Apple has not identified what additional specific evidence Samsung seeks to use at trial that Apple wishes to exclude in this motion *in limine*.  Accordingly, Apple's broad request is DENIED without prejudice to Apple raising any specific objections at trial.").

Plaintiff respectfully requests the Court deny Target's motion *in limine* no. 4.

Date:   January 24, 2024

Respectfully submitted,

_____
Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*