Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON, <br><br>    Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, <br><br>    Defendant. | Case No. 3:21-cv-08458-LB <br><br> **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* #6 TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERTS, PRECLUDE EXPERT OPINIONS OF NON-DESIGNATED OR NON-RETAINED EXPERT WITNESSES** <br><br> Judge:    Hon. Laurel Beeler |

Target's motion is moot. Neither party disclosed any expert witnesses or produced any expert reports, and "information not disclosed in expert reports is inadmissible at trial 'unless the failure was substantially justified or is harmless.'" *In re Tesla, Inc. Sec. Litig.*, No. 18-04865, 2022 WL 17582008, at *10 (N.D. Cal. Dec. 7, 2022) (citing Fed. R. Civ. P. 26(a)(2), 37(c)(1)). Neither party may present expert testimony at trial.

The Court therefore can and should deny Target's motion *in limine* no. 6 as moot.

Date:  January 24, 2024

Respectfully submitted,

Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

1    Case No. 3:21-cv-08458-LB

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* #6 TO EXCLUDE OPINIONS OF PLAINTIFF'S EXPERTS, PRECLUDE EXPERT OPINIONS OF NON-DESIGNATED OR NON-RETAINED EXPERT WITNESSES