1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10                        San Francisco Division
11   BRYON U. JACKSON,                    Case No. 21-cv-08458-LB
12              Plaintiff,
13        v.                              **VERDICT**
14   TARGET CORPORATION,
15              Defendant.
16

17   **Claim of Negligence**

18   1.  Was Target negligent?

19        Yes: _____              No: _____

20        If your answer to question 3 is yes, then answer question 2. If you answered no, you have
21        reached a verdict in favor of the defendant, and you must stop here, answer no further
         questions, and have the presiding juror sign and date this form.

22
23   2.  Was Byron Jackson negligent?

24        Yes: _____              No: _____

25        If your answer to question 2 is yes, then answer question 3. If you answered no, then proceed
         to question 4.

26
27
28

United States District Court
Northern District of California

3. What percentage of responsibility do you assign to Target and Byron Jackson? (The combined total must equal 100%.)

      Target                 \_\_\_\_\_%

      Byron Jackson     \_\_\_\_\_%

      TOTAL            100%

Proceed to question 4.

**Damages**

4. What are Byron Jackson's damages?

      $_____

Signed:_____ (Presiding Juror)

Dated:_____

United States District Court
Northern District of California