Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**JOINT REVISED JUROR QUESTIONNAIRE AND NEUTRAL STATEMENT**<br><br>Judge:    Hon. Laurel Beeler |

**Juror Questionnaire**
Case No. 3:21-cv-08458-LB

1. Your name:

2. Your age:

3. City in which you reside:

4. Your place of birth:

5. Do you rent or own your own home?

6. Are you married or do you have a domestic partner? ____Yes ____ No

7. Please list the occupation of your spouse or domestic partner.

8. If you are not married and do not have a domestic partner, are you (circle one, if applicable):   single   separated   divorced   widowed

9. If you have children, please list their ages and sex and, if they are employed, please give their occupations.

10. What is your occupation and how long have you worked in it? (If you are retired, please describe your main occupation when you were working).

11. Who is (or was) your employer?

12. How long have you worked for this employer?

13. Please describe your education background:

    Highest grade completed:

    College and/or vocational schools you have attended:

    Major areas of study:

14. Have you ever had jury experience? _____ Number of times? _____

    If yes:  State/County Court _____ Federal Court _____

    When? Was it a civil or criminal case?

    Did any of the juries reach a verdict? _____Yes _____No

15. Do you know any of the following individuals? Bryon U. Jackson, the Plaintiff in this case?

    - Bryon U. Jackson, the Plaintiff in this case;
    - Target Employee Kimara Smith;
    - Plaintiff's lawyers, Erika Warren, Jennifer Kash, or Francesca Germinario;
    - Defendant's lawyers, David Roth or Gabriella Pedone.

**Juror Questionnaire**
Case No. 3:21-cv-08458-LB

16. Have you or anyone close to you ever worked for Target? If so, who, when, where, and in what capacity?

17. Have you been to the Alameda Target retail store?

18. Have you or has anyone in your family ever filed or been party to a lawsuit? If so, please describe, including whether the lawsuit ended with dismissal, settlement or trial.

19. Do you or anyone close to you have education, training, or work experience in medicine, nursing, or paramedics?

20. Have you ever been hurt in an accident? If so, please describe.

21. Do you receive Medi-Cal or Medicaid benefits?

22. Do you or anyone you know suffer from a hidden disability? If so, please describe.

23. Has anyone here had chronic pain? If so, please describe, and indicate whether or not you received treatment for such pain.

24. Have you or anyone close to you been injured in a way that affected your work? If so, please explain.