This is a negligence case. The plaintiff, Mr. Bryon Jackson, visited a Target shop on July 7, 2021, in Alameda, California. Mr. Jackson claims that, during that visit, a Target employee struck him with a shopping cart, and that, as a result, he suffers ongoing pain. Defendant disputes that Plaintiff was struck by the shopping cart and that he simply walked backward into it while Defendant's employee was pushing the cart. Defendant further disputes plaintiff suffered any injuries as a result of the incident.