UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYON U JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATON,<br><br>    Defendant. | Case No.  21-cv-08458-LB<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

**IT IS SO ORDERED.**

Dated: February 20, 2024

LAUREL BEELER
United States Magistrate Judge