| | |
|---|---|
| Erika H. Warren (State Bar No. 295570) | David V. Roth (State Bar No. 194648) |
| Jennifer A. Kash (State Bar No. 203679) | david.roth@manningkass.com |
| Francesca M. S. Germinario (State Bar No. 326208) | Gabriella Pedone (State Bar No. 308384) |
| | gabriella.pedone@manningkass.com |
| WARREN KASH WARREN LLP | MANNING & KASS ELLROD |
| 2261 Market Street, No. 606 | RAMIREZ, TRESTER LLP |
| San Francisco, California, 94114 | One California Street, Suite 900 |
| +1 (415) 895-2940 | San Francisco, California, 94111 |
| +1 (415) 895-2964 facsimile | +1 (415) 217-6990 |
| 21-8458@cases.warrenlex.com | +1 (415) 217-6999 facsimile |

*Attorneys for Plaintiff Bryon Jackson*    *Attorneys for Defendant Target Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON, | Case No. 3:21-cv-08458-LB |
| Plaintiff, | **JOINT STIPULATION REGARDING TARGET WITNESS KIMARA SMITH** |
| v. | |
| TARGET CORPORATION, | Trial Date:     February 26, 2024 |
| Defendant. | |

WHEREAS, under the Court's pretrial order, plaintiff is entitled to "a short video deposition [this] week to remedy any issue" raised in plaintiff's motion *in limine* no. 1.  Docket No. 139.

WHEREAS, the parties have conferred concerning Target's intent to call Ms. Smith;

WHEREAS, the parties agreed that, in lieu of any deposition of Ms. Smith or offering any live testimony from Ms. Smith at trial, the following facts are stipulated as undisputed and shall be read to the jury:

1. An employee of Target, Ms. Smith, was working at the Alameda Target on July 8, 2021;
2. On that date, Ms. Smith was pushing a shopping cart as part of her employment, and struck Mr. Jackson in the coffee shop inside the Alameda Target.

**IT IS SO STIPULATED.**

Date:  February 20, 2024                            Respectfully submitted,

_____          /s/ David V. Roth
Erika H. Warren (State Bar No. 295570)              David V. Roth (State Bar No. 194648)
Jennifer A. Kash (State Bar No. 203679)             david.roth@manningkass.com
Francesca M. S. Germinario (State Bar              Gabriella Pedone (State Bar No. 308384)
No. 326208)                                         gabriella.pedone@manningkass.com
WARREN KASH WARREN LLP                              MANNING & KASS ELLROD
2261 Market Street, No. 606                         RAMIREZ, TRESTER LLP
San Francisco, California, 94114                    One California Street, Suite 900
+1 (415) 895-2940                                   San Francisco, California, 94111
+1 (415) 895-2964 facsimile                         +1 (415) 217-6990
21-8458@cases.warrenlex.com                         +1 (415) 217-6999 facsimile

*Attorneys for Plaintiff Bryon Jackson*             *Attorneys for Defendant Target Corporation*