Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M.S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

David V. Roth (State Bar No. 194648)
david.roth@manningkass.com
Gabriella Pedone (State Bar No. 308384)
gabriella.pedone@manningkass.com
MANNING & KASS ELLROD RAMIREZ, TRESTER LLP
One California Street, Suite 900
San Francisco, California, 94111
+1 (415) 217-6990
+1 (415) 217-6999 facsimile

*Attorneys for Defendant Target Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**JOINT STIPULATION REGARDING FOR-CAUSE JUROR CHALLENGES**<br><br>Trial Date: February 26, 2024 |

WHEREAS, the parties conferred on February 22, 2024, regarding challenges for cause and agreed and hereby stipulate as follows:

- Juror Nos. 6, 7, 21, 22, 23, 26, 27, 29, and 31 should be excused for cause;
- The parties are aware of no disputed for-cause challenges at this time.

**IT IS SO STIPULATED.**

Date:  February 22, 2024

Respectfully submitted,

_____
Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M.S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

 /s/ David V. Roth
_____
David V. Roth (State Bar No. 194648)
david.roth@manningkass.com
Gabriella Pedone (State Bar No. 308384)
gabriella.pedone@manningkass.com
MANNING & KASS ELLROD RAMIREZ, TRESTER LLP
One California Street, Suite 900
San Francisco, California, 94111
+1 (415) 217-6990
+1 (415) 217-6999 facsimile

*Attorneys for Defendant Target Corporation*