UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BRYON U. JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 21-cv-08458-LB<br><br>**VERDICT** |

**Claim of Negligence**

1. Was Target negligent?

    Yes: \_\_\_\_\_          No: \_\_\_\_\_

    If your answer to question 1 is yes, then answer question 2. If you answered no, you have reached a verdict in favor of the defendant, and you must stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Was Byron Jackson negligent?

    Yes: \_\_\_\_\_          No: \_\_\_\_\_

    If your answer to question 2 is yes, then answer question 3. If you answered no, then proceed to question 4.

VERDICT – No. 21-cv-08458-LB

3. What percentage of responsibility do you assign to Target and Byron Jackson? (The combined total must equal 100%.)

    Target                    \_\_\_\_\_%

    Byron Jackson     \_\_\_\_\_%

    TOTAL            100%

Proceed to question 4.

**Damages**

4. What are Byron Jackson's damages?

    $_____

Signed:_____ (Presiding Juror)

Dated:_____