# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 22, 2024     **Time:** 12:48 PM – 1:05 PM     **Judge:** LAUREL BEELER
**Case No.:** 21-cv-08458-LB     **Case Name:** Beryl v. Navient Corporation

**Attorney for Plaintiff:** Francesca Germinario
**Attorney for Defendant:** David Roth

**Deputy Clerk:** Elaine Kabiling     **Reported by:** Zoom Recording

### PROCEEDINGS

Pretrial Conference held via Zoom.

Court and counsel are present in open court. Court and counsel discuss hardships as set forth on the record. For the reasons stated on the record, the court allowed for-cause (and in part hardship) challenges raised in ECF No. 152 for jurors 6, 7, 21, 22, 23, 26, 27, 29, 31, and 36.

Matter is continued to **Monday, February 26, 2024 at 8:30 a.m**. for jury selection.

**Order to be prepared by:**
( )   Plaintiff      ( )   Defendant      ( )   Court