Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M.S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

David V. Roth (State Bar No. 194648)
david.roth@manningkass.com
Gabriella Pedone (State Bar No. 308384)
gabriella.pedone@manningkass.com
MANNING & KASS ELLROD RAMIREZ, TRESTER LLP
One California Street, Suite 900
San Francisco, California, 94111
+1 (415) 217-6990
+1 (415) 217-6999 facsimile

*Attorneys for Defendant Target Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | Case No. 3:21-cv-08458-LB<br><br>**STIPULATED UNDISPUTED FACTS**<br><br>Trial Date: February 26, 2024 |

The parties agree that the following facts should be admitted into evidence, and the jury should consider them as evidence when considering its verdict in this case.

1. On July 8, 2021, Mr. Jackson was a customer at the Target Corporation retail store.

2. An employee of Target, Ms. Smith, was working at the Alameda Target on July 8, 2021.

3. On that date, Ms. Smith was pushing a shopping cart as part of her employment, and struck Mr. Jackson in the coffee shop inside the Alameda Target.

4. No one other than Ms. Smith was in contact with the shopping cart just before or during its impact with Mr. Jackson.

5. Mr. Jackson was not intentionally hit by Target employee Ms. Smith.

6. Neither party has retained or disclosed any expert in this case.