David V. Roth (State Bar No. 194648)
*david.roth@manningkass.com*
Gabriella Pedone (State Bar No. 308384)
*gabriella.pedone@manningkass.com*
Anna Kartoshkina (State Bar No. 344174)
*anna.kartoshkina@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
1 California St., Suite 900
San Francisco, CA 94111
Telephone: (415) 217-6990
Facsimile:  (415) 217-6999

Attorneys for Defendant,
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No. 3:21-cv-08458-LB<br>*[Honorable District Judge, Magistrate Judge Laurel Beeler]*<br><br>**NOTICE OF ATTORNEY APPEARANCE OF ANNA KARTOSHKINA** |

Defendant Target Corporation hereby notifies the Court and the parties to this action that Anna Kartoshkina of Manning & Kass, Ellrod, Ramirez, Trester LLP, an attorney admitted to practice before this Court, appears as counsel for defendant Target Corporation in this matter.  Please serve all pleadings, correspondence and other materials on Ms. Kartoshkina at the above email/address.

DATED:  February 26, 2024　　　　**MANNING & KASS**
　　　　　　　　　　　　　　　　**ELLROD, RAMIREZ, TRESTER LLP**

　　　　　　　　　　　　　　　　B: _____
　　　　　　　　　　　　　　　　Anna Kartoshkina (State Bar No. 344174)
　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　TARGET CORPORATION

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One California Street, Ste 900, San Francisco, CA 94111.

On February 26, 2024, I served true copies of the following document(s) described as **NOTICE OF ATTORNEY APPEARANCE OF ANNA KARTOSHKINA** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 26, 2024, at San Francisco, California.

Diana Norton

**SERVICE LIST**
**Jackson v. Target Corp; Case No. 3:21-CV-08458-LB**

| | |
|---|---|
| Erika H. Warren, Esq.<br>Jennifer A. Kash, Esq.<br>Virginia G. Kain, Esq.<br>Francesca M. S. Germinario, Esq.<br>WARREN KASH WARREN LLP<br>2261 Market Street, No. 606<br>San Francisco, California, 94114<br>Tel:  (415) 895-2940<br>Fax: (415) 895-2964<br>Emails:<br>21-8458@cases.warrenlex.com;<br>francesca@warrenkashwarren.com;<br>kai@warrenkashwarren.com;<br>stephanie@warrenkashwarren.com: | **Attorneys for Plaintiff,**<br>**Bryon Jackson** |