UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| BRYON U JACKSON,<br><br>                    Plaintiff,<br><br>          v.<br><br>TARGET CORPORATON,<br><br>                    Defendant. | Case No. 21-cv-08458-LB<br><br>**JUDGMENT** |

On February 26, 2024, the jury returned a verdict in favor of the defendant. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 26, 2024

_____

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 21-cv-08458-LB