UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>LAUREL BEELER</u>  Case No. 3:21-cv-8458-LB

CASE NAME: <u>Jackson v. Target Corporation</u>

NOTE FROM THE JURY

Note No. _One_

Date _Feb. 26, 2024_

Time _____

1. The Jury has reached a unanimous verdict (✓)

or

2. The Jury has the following question:

_____

_____

_____

_[signature]_
Foreperson of the Jury