# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 26, 2024　　**Time:** 9:30 AM – 3:36 PM　　**Judge:** LAUREL BEELER
**Case No.**: 21-cv-08458-LB　　**Case Name:** Jackson v. Target Corporation

**Attorney for Plaintiff:** Erika Warren and Francesca Germinario
**Attorney for Defendant:** David Roth

**Deputy Clerk:** Stephen Ybarra　　　　　　**Reported by:** Jennifer Coulthard

### PROCEEDINGS

JURY TRIAL - held.

**Notes:** Jury selection held.  A jury of 7 selected and sworn.  Parties deliver opening statements.  Plaintiff calls Bryon Jackson as a witness and direct, cross, and re-direct are conducted.  Plaintiff presents closing argument.  Defense presents closing argument.  Court reads final jury charge. Jury deliberates and reaches unanimous verdict.  Verdict published on the record.

### ADMITTED TRIAL EXHIBITS

**Exhibit Numbers: 1, 2, & 3**