UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 21-cv-08458-LB
Case Name: <u>Jackson v. Target Corporation</u>

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE:<br>Laurel Beeler | PLAINTIFF ATTORNEY:<br>Erika Warren and Francesca Germinario | DEFENSE ATTORNEY:<br>David Roth |
|---|---|---|
| TRIAL DATE:<br>February 26, 2024 | REPORTER(S):<br>Jennifer Coulthard | CLERK:<br>Stephen Ybarra |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:30 AM | | | Jury panel present. Courtroom deputy administers the oath to the jury panel. | |
| | | | | | Introductions. Voir Dire | |
| | | 9:55 AM | | | Recess | |
| | | 10:02 AM | | | Jury panel not present. Court engages the parties in cause/peremptory challenge process. | |
| | | 10:16 AM | | | Jury panel present. Court announces the selected jurors. Selected jurors sworn. | |
| | | 10:19 AM | | | Court reads preliminary jury instructions. | |
| | | 10:35 AM | | | Recess | |
| | | 11:03 AM | | | Jury present. Plaintiff delivers opening statement. | |
| | | 11:09 AM | | | Defense delivers opening statement. | |
| 2 | | 11:15 AM | X | X | Exhibit Admitted: Stipulated Undisputed Facts (dkt # 157) | |
| | | 11:18 AM | | | Bryon Jackson called as witness and sworn. | Pltf |
| 1 | | 11:19 AM | X | X | Admitted Exhibit (video) played in open court. | |
| 3 | | 12:08 PM | X | X | Exhibit Admitted: Demonstrative related to damages. | |
| | | 12:09 PM | | | Defense conducts cross-examination of Mr. Jackson. | |
| | | 12:45 PM | | | Plaintiff conducts re-direct as to Mr. Jackson. | |
| | | 12:52 PM | | | Mr. Jackson excused as witness. Plaintiff rests. | |
| | | | | | Recess | |
| | | 2:08 PM | | | Court reconvenes. Jury present. | |
| | | | | | Plaintiff delivers closing argument. | |
| | | 2:20 PM | | | Defense delivers closing argument. | |
| | | 2:33 PM | | | Court reads final jury instructions. | |
| | | 3:00 PM | | | Jury retires to commence deliberations. | |


Case No: 21-cv-8458-LB
Case Name: Jackson v. Target Corporation
Date: February 26, 2024
Courtroom Deputy: Stephen Ybarra - Court Reporter: Jennifer Coulthard

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 3:33 PM | | | Court reconvenes. Jury present. | |
| | | | | | Court publishes the verdict. | |
| | | 3:36 PM | | | Adjourned. | |