Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>Defendant. | Case No. 3:21-cv-08458-LB<br><br>**MANUAL FILING NOTICE OF JOINT EXHIBIT 001**<br><br>Judge: Hon. Laurel Beeler |

**MANUAL FILING NOTIFICATION**

Regarding: __JOINT EXHIBIT 001

This filing is in physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served by electronic mail shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

____ Unable to Scan Documents

____ Physical Object (please describe):

_X__ Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

____ Item Under Seal in Criminal Case

____ Conformance with the Judicial Conference Privacy Policy (General Order 53)

____ Other (please describe):

Date: February 29, 2024

Respectfully submitted,

Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*