Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON,<br><br>　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION,<br><br>　　Defendant. | Case No. 3:21-cv-08458-LB<br><br>**JOINT EXHIBIT 003**<br><br>Judge:　　Hon. Laurel Beeler |

July 2021   ⊙

88/hr

April 2022 - November 2022  ∅

88 × 40
3520/week       112,640
32 × 3520

November 2022 - November 2023

88 × 20
1760/week       91,520

204,160