Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRYON JACKSON, | Case No. 3:21-cv-08458-LB |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| TARGET CORPORATION, | Judge:   Hon. Laurel Beeler |
| Defendant. | |

    Under Civil Local Rule 11-5, plaintiff's pro bono counsel of record Erika H. Warren, Jennifer A. Kash, and Francesca M. S. Germinario ("pro bono counsel") respectfully seek leave of Court to withdraw as counsel of record for plaintiff Bryon Jackson.

    The Court appointed pro bono counsel on September 14, 2023, for the purpose of "[t]rial, up to and including entry of judgment" in this matter. Docket No. 87. Trial concluded on February 26, 2024, and the Court entered judgment that same day. Docket Nos. 160, 163. Pro bono counsel has informed Mr. Jackson and counsel for defendant Target Corporation in writing of its intent to withdraw under Civil Local Rule 11-5 and California Rules of Professional Conduct Rule 1.16.

//

//

//

Pro bono counsel accordingly respectfully requests that the Court grant this motion and permit Ms. Warren, Ms. Kash, and Ms. Germinario to withdraw as counsel for plaintiff.

Date: February 29, 2024                              Respectfully submitted,

_____
Erika H. Warren (State Bar No. 295570)
Jennifer A. Kash (State Bar No. 203679)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
21-8458@cases.warrenlex.com

*Attorneys for Plaintiff Bryon Jackson*