1  Erika H. Warren (State Bar No. 295570)
2  Jennifer A. Kash (State Bar No. 203679)
   Francesca M. S. Germinario (State Bar No. 326208)
3  WARREN KASH WARREN LLP
   2261 Market Street, No. 606
4  San Francisco, California, 94114
   +1 (415) 895-2940
5  +1 (415) 895-2964 facsimile
   21-8458@cases.warrenlex.com
6

7  *Attorneys for Plaintiff Bryon Jackson*

8                         UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12  BRYON JACKSON,                        )  Case No. 3:21-cv-08458-LB
                                          )
13       Plaintiff,                       )  [PROPOSED] ORDER GRANTING
                                          )  MOTION TO WITHDRAW AS
14  v.                                    )  COUNSEL FOR BRYON JACKSON
                                          )
15  TARGET CORPORATION,                   )
                                          )  Judge:   Hon. Laurel Beeler
16       Defendant.                       )
                                          )
17  _____ )

Having considered pro bono counsel's Motion to Withdraw as Counsel for Bryon Jackson, and good cause appearing, the Court hereby grants the motion.

**IT IS SO ORDERED.**

Date:  March 1, 2024

_____
Hon. Laurel Beeler
United States Magistrate Judge